IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 SEP 27 A 10:00

AIS# 210963A

EDWIN D DENNIS JR
Full name and prison number
of plaintiff(s)

v.

Tommy Threat
Lt. Welch
Sgt. Perkett
Debbie Burt

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05CV919-T
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Edwin Dee Dennis Jr

         Defendant(s) Tommy Threat, Cary Torbot, James Eason

      2. Court (if federal court, name the district; if state court, name the county) Middle District of Alabama

3. Docket number 3:05-cv-653-WHA-SRW

4. Name of judge to whom case was assigned
Susan Russ Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
Still Pending

6. Approximate date of filing lawsuit July 15th 2005

7. Approximate date of disposition Sept 16th 2005

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Facility - 2311 Gateway drive, opelika AL 36801

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee county detention facility.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Tommy Threat | 2311 Gateway Drive, opelika AL 36801 |
| 2. Lt. Welch | " " " " |
| 3. Debbie Bert | " " " " |
| 4. Sgt Peckett | " " " " |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
1) 7/18/05 - 7/24/05    2) 9-15-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was put in a cell with Inmates who had already recieved thre time.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

I was moved from an Isolation cell into a cell were state inmates were housed. Sgt Parkett placed me there saying Lt welch ordered him to do so.

**GROUND TWO:** Got into fight with state inmate and was hurt on 7/24/05

**SUPPORTING FACTS:** A state inmate upon wich several request had been given to Tommy Threet explaining that the inmate was causing trouble and I got into a fight after Tommy threet brought to that individuals attention that request had been written on him. He stated that Lt welch would not move anyone.

**GROUND THREE:** I needed medical attention and was not given any for 3 days.

**SUPPORTING FACTS:** After 8 hours of complaining to guards about being in pain the nurse finally saw me and said I would have to see the doctor. Three days later I saw the doctor. 3 weeks after that I went to a dentist to have a tooth removed as a result from the fight. For the 3 days I waited to see the doctor I could not spit, swallow, or chew food and was only given two Asprin during that time. Even after the doctor prescribed me medication I was in pain until finally due to constant complaining I was allowed to go to the dentist who said my toothe has been broken away from the bone and the bone broken in places.

Additional Grounds on wich allegations are based upon.

Grounds 4: Slipp'd on bare floor getting out of shower

Facts Supporting grounds

On Sept 15th I slip'd and fell getting out of the shower in F-2. At the time there was no shower mat in front of the shower. The floor is not properly level'd and does not drain properly. There was standing water on the painted floor. I was taken to the nurse the next day who (Debbie Burt) refused to give me anything for my shoulder pain wich I injured in the fall. I was not allow'd to see the doctor until the 20th of September even though I was in secure pain. I could not even lay down and had to sleep sitting up.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$100,000.00 Dollars payment for pain and suffering and putting my life in danger.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  Sept-24-05  .
                (Date)

_____
Signature of plaintiff(s)

4

Statement of true Oath

I EDWIN DEE DENNIS do attest to the true statements I have written in the document in wich the letter was sent. To the best of my knowledge names and dates are accurate as well as the information given.

Date:                        Signature  *Edwin Dee Dennis*
                                        EDWIN DEE DENNIS