Dennis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Debbie Burt
   Lee County Detention Center
   2311 Gateway Drive
   Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X J. McCutcheon   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 10/11/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:05CV919 (cmp + order 40 dys)

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 0552

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

---

Dennis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sgt. Parkett
   Lee County Detention Center
   2311 Gateway Drive
   Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Jackie McCutcheon   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 10/11/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

3:05CV919 (cmp + order 40 dys)

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 0569

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

Dennis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tommy Threat
   Lee County Detention Center
   2311 Gateway Drive
   Opelika, AL 36801

3:05cv919 (Cmp + order 40 dy)

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 0538

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   x Jackie McCutcheon   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  10/11/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

Dennis

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lt. Welch
   Lee County Detention Center
   2311 Gateway Drive
   Opelika, AL 36801

3:05cv919 (Comp + order 40 dys)

2. Article Number (Transfer from service label)
   7005 1160 0001 3017 0545

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   x J. McCutcheon   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  10/11/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes