"Motion for Answer to charges" 1 of 3

RECEIVED

2005 DEC -2 A 9 50

U.S. DISTRICT COURT
MIDDLE DIST. ALA.

EDWIN D DEWES

Plaintiff     *

    *    Civil action NO. 3:05-CV-919-T

V.      *

    *

Tommy THREAT, et al., *

   Defendants     *


On October 5th 2005 the court order'd the defendants to answer to the charges set forth by the plaintiff.

The Defendants were given 40 days in wish to do say.

The plaintiff has recieved no answer to his charges as the court order'd nor has he recieved a motion or order for an extention of time.

The plaintiff has recieve nothing through the U.S. mail or any other agency pertaining to this order from the courts or the defendants lawyer who as yet is unidentified to the plaintiff.

If an answer has been to the court it has not been sent or rather the plaintiff has not recieved any

document wich pertains to the court order for answer to charges.

The plaintiff respectfully ask's the court to take measures against the defendants to get them in compliance to the court order.

Plaintiff would also like to note to the court that he has been put into segregation for no purpose and believe's the defendants have withheld his mail in order for him to be late on court filing of documents.

Also the plaintiff is indigent and has no money to buy stamps in order to mail any orders or motions.

In segregation he is not in contact with other inmates and can borrow no stamps.

Plaintiff feels this is a conspiracy to deny him of his chance to submit to the court documents detremental to his court case and ask the court to take action against the defendants.

Plaintiff would also have the court know that he has only been allowed access to the law library one time even though he has repeatedly requested to use the legal books. And then only for

3 of 3

a hour wish is a very short time to do th research nessassary for his case.

Plaintiff would also inform the cart that he B. Is unable to partake in the mandatory electron filing system. He has access to no computer.

NOVEMBER 30th 2005
            DATE

Edwin D Dennis
Plaintiffs Signature
    EDWIN D DENNIS
P.O. BOX 2407
Opelika AL 36801

"Certificate of service"

The Plaintiff Edwin D Dennis does here by certify that on this 30th day of november he has mailed a true and correct copy of the forgoing to the clerk of the court and to the defendents lawyers believed to be the counsel listed below.

kelly Gallops Davidson
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
P.O. Box 24090
montgomary AL. 36124


Plaintiff        Edwin D Dennis
                 Edwin D Dennis