IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

EDWIN DEE DENNIS, JR.              *

    Plaintiff,                     *

    v.                             * CIVIL ACTION NO. 3:05-CV-919-T

TOMMY THREAT, *et al.*,            *

    Defendants.                    *

_____

**ORDER**

On October 5, 2005 the court entered an order directing Defendants to file an answer and written report in response to the allegations presented in the instant complaint. (Doc. No. 4.) Defendants were directed to file their answer and written report within 40 days of the court's October 5, 2005 order. (*Id.*) A review of the file reflects that Defendants have failed to comply with the October 5 order of the court. Defendants, therefore, shall be directed to show cause why they failed to comply with the order of this court.

Accordingly, it is ORDERED that:

1. Within ten (10) days of the filing date of this order Defendants shall SHOW CAUSE why they failed to file an answer and written report in compliance with the order entered on October 5, 2005; and

2. Within ten (10) days of the filing date of this order Defendants shall FILE an answer and written report as directed by court order filed October 5, 2005.

DONE, this 6th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE