IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| EDWIN DEE DENNIS, JR. | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-919-T |
| TOMMY THREAT, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Answer filed December 2, 2005 and in light of the court's December 6, 2005 order to show cause, it is

ORDERED that the Motion for Answer (Doc. No. 6) be and is hereby DENIED as moot.

DONE, this 6th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE