# Exhibit A
# Inmate File of Edwin D. Dennis, Jr.
# Inmate Booking Sheet

```
                           LEE COUNTY SHERIFF'S OFFICE
2/22/2005    15:58:16        INMATE BOOKING SHEET                    PAGE    1
===============================================================================
BOOKING NO: 050000865

INMATE NAME: DENNIS EDWIN DEE II
      ALIAS:                                RACE: W      SEX: M
      ALIAS:                                HT: 5'11"  HAIR: BRO
    ADDRESS: 2155 #15A CO RD 388            WT: 170    EYES: BRO
CITY/ST/ZIP: VALLEY, AL 36854          COMPLEX:
 HOME PHONE: 334-756-5612                   SSN: 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
        DOB: 11/27/1972   AGE:  32       DL ST: AL     DLN: 01234216
 PLCE BIRTH: LAGRANGE                       SID:
      STATE: GA                           LOCID: 12908
  M. STATUS: DIVORCED
   RELIGION: CHRISTIAN
 GANG ASSOC: NO
SCARS/TATTOOS: TAT    BODILY
KNOWN ENEMIES:
    REMARKS:
----------------------------- NEXT OF KIN ------------------------------------
 NEXT OF KIN: MARGARET DENNIS          RELATIONSHIP: MOTHER
     ADDRESS: CO RD 500                       PHONE: 334-756-5612
CITY/ST/ZIP: VALLEY, AL 36854
    REMARKS:
---------------------------- EMPLOYER INFO -----------------------------------
   EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
CITY/ST/ZIP: ,
      PHONE: 000-000-0000
------------------------------- MEDICAL --------------------------------------
 HANDICAPPED:    NEEDS: NO
    GLASSES: N  SMOKE: Y
MEDICAL NEEDS: N  NEEDS:
   PHYSICIAN:                     PHONE: 000-000-0000
    REMARKS:

    REMARKS:
    REMARKS:
------------------------------ PROPERTY --------------------------------------
        CASH:      $01.53
 DESCRIPTION:
ADD. PROPERTY: STREET CLOTHES
ADD. PROPERTY: BELT, SILVER RING, 2 KEY HOOPS
ADD. PROPERTY:
  BIN NUMBER: 15
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
===============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____ DATE: _____   TIME: _____

BOOK OFFICER: _____ DATE: _____   TIME: _____
```

```
                              LEE COUNTY SHERIFF'S OFFICE
2/22/2005     15:58:16        INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 050000865      INMATE NAME: DENNIS EDWIN DEE II
================================================================================
          COURT:                    ATTORNEY ON REC:
          JUDGE:                          PHONE: 000-000-0000
        REMARKS:
        REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     BOOK DATE: 02/22/2005  BOOK TIME: 15:55  BOOK TYPE: NORMAL

   ARREST DATE: 02/22/2005           BOOKING OFFICER: BLACK
   ARREST DEPT: LCSO                 CELL ASSIGNMENT: HC3
 ARRST OFFICER: HALL                       MEAL CODE: 01  LEE COUNTY
 PROJ. RLSDATE: 00/00/0000                  FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: HALL                   CLASSIFICATION:
   TYPE SEARCH:                        WORK RELEASE: N
 INTOX RESULTS:


          HOLDS: N
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:


          NOTES:
          NOTES:
          NOTES:
```

# Exhibit B
# Inmate File, Inmate Charge Sheet

```
                        LEE COUNTY SHERIFF'S OFFICE
02/22/2005    20:39:07        INMATE CHARGE SHEET                    PAGE    1
=================================================================================
BOOKING NO: 050000865     INMATE NAME: DENNIS EDWIN DEE II
=================================================================================
   CHARGE NO:   1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-12-218               # OF COUNTS:    1
    OFFENSE: UNL MANUF CONT SUB         WARRANT #:
     CASE #: 13A-12-218
   BOND AMT: 30,000                          FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/22/2005               ARST AGENCY: LCSO
ARST OFFICR: SURRETT/JACKSON               COUNTY: LEE
      COURT: CIRCUIT                         JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
   CHARGE NO:   2  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 13A-12-231               # OF COUNTS:    1
    OFFENSE: TRAFFIC METH               WARRANT #:
     CASE #: 13A-12-231
   BOND AMT: 25,000                          FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 02/22/2005               ARST AGENCY: LCSO
ARST OFFICR: SURRETT/JACKSON               COUNTY: LEE
      COURT: CIRCUIT                         JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

# Exhibit C
# Affidavit of Lieutenant Corey Welch

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

EDWIN D. DENNIS, JR.,                     )
                                          )
    Plaintiff,                         )
                                          )
v.                                        )    Civil Action No. 3:05-CV-919-T
                                          )
COREY WELCH, et.al                        )
                                          )
    Defendant.                         )

<u>AFFIDAVIT OF COREY WELCH</u>

STATE OF ALABAMA          )
                          )
COUNTY OF LEE             )

    **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared COREY WELCH, who being known to me and being by me first duly sworn on oath deposes and says as follows:

    1.    My name is Corey Welch. I am over the age of nineteen and competent to execute this affidavit.

    2.    The Lee County Jail employs the following classification system: Pretrial detainees who are awaiting trial on a felony charge are housed in the F wing. Pretrial detainees who are awaiting trial on a misdemeanor charges are housed in D wing. State inmates and violent offenders are housed in the E wing. Once an inmate is sentenced, if there is no available space in the E wing, that inmate will be housed in the F wing until a space becomes available. Jail officials also separate known enemies from one another.

    3.    The Plaintiff has caused much trouble during his incarceration at the Lee County Jail such as assaulting other inmates. On July 23, 2005, the Plaintiff was housed in the F wing of the

Jail. On that day he assaulted another inmate who was also a pretrial detainee. He was found guilty and was placed in disciplinary segregation in an isolation cell in the E wing. After the Plaintiff served his time in disciplinary segregation, he was placed in another cell in the E wing in order to keep him and the inmate with whom he had assaulted separated.

4. It is the policy of the Lee County Detention Facility to provide prompt medical attention to all inmates upon their request. No inmate is denied medical attention in emergency or non-emergency situations. Inmates may request medical attention via a written inmate request form, which is then submitted to a jailer so that the inmate's name may be placed on a sick call list for the inmate to be seen by the detention facility nurse or physician at their next regularly scheduled sick call visitation. Any verbal request by an inmate for medical attention also results in the inmate's name being placed on the sick call list. In all emergency situations, inmates are transported to the East Alabama Medical Center emergency room.

5. Inmates are never denied necessary medical care or attention.

6. I was never aware of an instance where the Plaintiff fell in the shower. There is no report in the file showing that the Plaintiff ever fell as he alleged.

7. Inmates are provided with shower mats.

8. If a drain in the shower areas of the jail become stopped up, a jail staff member will remedy the situation by using Drain-O in the affected area as soon has he/she is notified.

9. No inmate, including the Plaintiff, is ever subject to arbitrary discipline. No inmate, including the Plaintiff, is ever disciplined as a result of that inmate filing a civil suit against jail officials.

10. Jail staff members have never withheld the Plaintiff's mail or any other inmate's mail.

11. Stamps, envelops, and writing materials are available for purchase at the jail commissary. Indigent inmates are provided with these materials at no cost.

12. The records show that the Plaintiff was provided with free stamped envelops upon his request several times.

13. Inmates are always given reasonable opportunities to utilize the law library.

14. Internal grievance procedures at the Lee County Jail are available to all inmates. It is the policy of the Lee County Sheriff's Department that inmates are permitted to submit grievances and that each grievance will be acted upon. The inmates are given an Inmate Grievance Form to complete and return to a Lee County Jail staff member for any grievances they may have. At no time, however, did the Plaintiff file any grievances concerning any of the claims made in his Complaint. Had such a grievance been filed, it would be in the Plaintiff's inmate file. Upon my review of the file, there is no grievance present. If a grievance was filed, it would have been acted upon accordingly, (that is, whether an investigation was needed or simply a response made to the complaints).

15. I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of inmate records, kept at the Lee County Jail in the regular course of business. I am one of Custodian of these Records.

16. I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Corey Welch

**SWORN TO** and **SUBSCRIBED** before me this _10_ day of December, 2005.


_____
NOTARY PUBLIC          MY COMMISSION EXPIRES FEB. 10, 2007
My Commission Expires:_____

4

# Exhibit D
# Affidavit of Sergeant Tommy Threat

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

EDWIN D. DENNIS, JR.,  )
         )
  Plaintiff,    )
         )
v.         )  Civil Action No.  3:05-CV-919-T
         )
TOMMY THREAT, et.al  )
         )
  Defendant.    )

### AFFIDAVIT OF TOMMY THREAT

STATE OF ALABAMA  )
         )
COUNTY OF LEE    )

  BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared TOMMY THREAT, who being known to me and being by me first duly sworn on oath deposes and says as follows:

  1.  My name is Tommy Threat.  I am over the age of nineteen and competent to execute this affidavit.

  2.  The Lee County Jail employs the following classification system:  Pretrial detainees who are awaiting trial on a felony charge are housed in the F wing.  Pretrial detainees who are awaiting trial on a misdemeanor charges are housed in D wing.  State inmates and violent offenders are housed in the E wing.  Once an inmate is sentenced, if there is no available space in the E wing, that inmate will be housed in the F wing until a space becomes available.  Jail officials also separate known enemies from one another.

  3.  The Plaintiff has caused much trouble during his incarceration at the Lee County Jail such as assaulting other inmates.  On July 23, 2005, the Plaintiff was housed in the F wing of the

Jail. On that day he assaulted another inmate who was also a pretrial detainee. He was found guilty and was placed in disciplinary segregation in an isolation cell in the E wing. After the Plaintiff served his time in disciplinary segregation, he was placed in another cell in the E wing in order to keep him and the inmate with whom he had assaulted separated.

4. It is the policy of the Lee County Detention Facility to provide prompt medical attention to all inmates upon their request. No inmate is denied medical attention in emergency or non-emergency situations. Inmates may request medical attention via a written inmate request form, which is then submitted to a jailer so that the inmate's name may be placed on a sick call list for the inmate to be seen by the detention facility nurse or physician at their next regularly scheduled sick call visitation. Any verbal request by an inmate for medical attention also results in the inmate's name being placed on the sick call list. In all emergency situations, inmates are transported to the East Alabama Medical Center emergency room.

5. Inmates are never denied necessary medical care or attention.

6. I was never aware of an instance where the Plaintiff fell in the shower. There is no report in the file showing that the Plaintiff ever fell as he alleged.

7. Inmates are provided with shower mats.

8. If a drain in the shower areas of the jail become stopped up, a jail staff member will remedy the situation by using Drain-O in the affected area as soon has he/she is notified.

9. No inmate, including the Plaintiff, is ever subject to arbitrary discipline. No inmate, including the Plaintiff, is ever disciplined as a result of that inmate filing a civil suit against jail officials.

10. Jail staff members have never withheld the Plaintiff's mail or any other inmate's mail.

11.    Stamps, envelops, and writing materials are available for purchase at the jail commissary. Indigent inmates are provided with these materials at no cost.

12.    The records show that the Plaintiff was provided with free stamped envelops upon his request several times.

13.    Inmates are always given reasonable opportunities to utilize the law library.

14.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Tommy Thread

**SWORN TO** and **SUBSCRIBED** before me this ___ day of December, 2005.

_____
NOTARY PUBLIC
My Commission Expires:    MY COMMISSION EXPIRES FEB. 10, 2007

# Exhibit E
# Inmate File, Documents
# Regarding Assault on July 23, 2005

# LEE COUNTY DETENTION CENTER
## DISCIPLINARY REPORT
### (Form #28)

Inmate _Dennis Edwin Dee II_ Custody _Maximum_ Number _OCA# 12908_
Last    First    Middle

Assignment _Cell 7-C_ is being charged by _Officer Frazier_

With rule violation _13, 2C-2 assault_

on or about _July 23 1995 05_, Time _14.45_ a.m./p.m. Location ____

Circumstances are as follows: _You assaulted Im Cecil Templeton_
_while being escorted on sick call_

MAJOR ____
MINOR ____
SERIOUS _X_                    _Ofc Frazier 43044_

Notifying Officer: _Padelic 229_       Signature of Arresting Officer

Inmate's Signature @ _Edwin D Dennis_    Time & Date notified: _7-23-05 5:00pm_

Witnesses desired: NO _✓_ If YES, (List) ____

Circumstances Investigated By: ____

Hearing date _7-24-05_    Time _5:00pm_    Plea (X) Guilty ( ) Not Guilty

If guilty, inmate must affix signature ⌐ _Edwin D Dennis_

Committee Findings & Reasons: _Inmate Dennis is found guilty per his plea_
_of guilty and Officer Frazier's testimony_

Committee Recomendations: _Ten days solitary confinement in cell 9-L with_
_ten days loss of commissary and visitation privileges. No_
_restrictions on attorney, clergy or media visits_

Witnesses: _None needed_

_Bobby O'Hall 4305_
Signature of Chairman

_James Scroggin_
Signature, Member

_G.A. H..._
Signature, Member

Copy delivered to inmate: Date _7-26-05_    Time _5:00pm_ Inmate's Signature x _Edwin Dn. S_

Action - Date _7-25-05_    Appeal - Date (attach copy) ____

Approved _Jt. Corry J. Welsh_    Approved ____

Disapproved ____    Denied ____

Other (Specify) ____    Other (Specify) ____

LEE COUNTY SHERIFF'S DEPARTMENT
SPECIAL REPORT

Subject _Assault On I/m Templeton_ Opelika, AL _____14 July 05_____

To the Sheriff of Lee County:

I report the following _I/m Edwin Dennis assaulted I/m Cecil_
_Templeton During Sick Call_____ which occurred at __12:45__ o'clock
this __PM__ ☒ at _LCSO Detention Center_____

Below give full-particulars, together with name of principals and witness and their address

_____On the date and around about the time above_
_officers Eddie Frazier, Chris Pantelis, Monisha_
_Crittenden, David Sellers, Paul Rogers, Craig Murray_
_and Matt Phillips, were escorting inmates on 1_
_wing to see the nurse for sick call. During_
_transportation inmate Edwin Lee Dennis II OC#_
_17908 begining to punch Inmate Cecil Randell_
_Templeton OCA# 29678 in the face. I/m Dennis_
_punched I/m Templeton around about three or_
_four times before they were separated by officer_
_Crittenden and officer Frazier. Officer Crittenden hand-_
_cuffed I/m Dennis to separate the two inmates_

Reported by _Ofc Eddie Frazier_____

Address_____ Phone_____

Complaint received by _____ How _____

Assigned to _____

## LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

Subject _____ Opelika, AL _____

To the Sheriff of Lee County:

I report the following _____

_____ which occurred at _____ o'clock

this _____ M. at _____

Below give full-particulars, together with name of principals and witness and their address

Ofc Frazier hand cuffed inmate Templeton and informed Sergeant Parquette advised Ofc Crittenden to escort I/m Dennis to Cell E-6 for a cool down period and to await Disciplinary action. Sgt Parquette also advised Ofc Frazier to continue such call so I/m Templeton could be examined by nurse Burel, no injuries were found, I/m Templeton was escorted back to his Cell after such call, and I/m Dennis remains in Cell E-6 awaiting Disciplinary.

Respectfully Submitted

Ofc Eddie Frazier

Reported by _____

Address _____ Phone _____

Complaint received by _____ How _____

Assigned to _____

LE   COUNTY SHERIFF'S T   ARTMENT
## NOTIFICATION OF CHARGES
(Form #29)

TO: *Edwin Dennis*    DATE: *7/23/05*

YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:

*13.2C-2 assaulting another inmate*

YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):

*Cpt Frazier*

THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:

*Officers witness you assault inmate Cecil Templeton during sick call*

THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:

*21 days lockdown, loss of store, visitation and other privileges except attorney or clergy.*

YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.

*7-23-05    17:00*
DATE & TIME OF NOTIFICATION

*Cpt Frazier*
OFFICER MAKING REPORT

# LEE COUNTY SHERIFF'S DEPARTMENT
## SYNOPSIS OF MAJOR/MINOR DISCIPLINARY HEARING
### (Form #30)

ALL THOSE INVOLVED IN THE CASE WERE SWORN IN BY THE CHAIRPERSON.

The Lee County Jail Disciplinary Board convened at _5:00p_ on _7-24-05_ , to hear the evidence in the case involving Inmate _Edwin Dennis_ , # _12908_

The board consisted of Chairperson _Sgt. Tabb_ and Member _Sgt. Paquette_ _Officer Scruggs_.

The accused and Arresting Officer _Frazier R_ were brought before the board.

The chairperson explained to _Dennis_ that he was charged with violating Rule # _C-2_ of Inmate Handbook (revised August 1988).

_Dennis_ was further advised that on _7-23-05_ at _5:00pm_ he was served with "Notice of Disciplinary Hearing" and given a copy of the notice.

The chairperson explained that according to due process requirements, he must be given at least 24 hours notice of the date that the hearing will take place. Furthermore, that the hearing must be given within seven (7) calendar days of the time his custody changed and that he is to be given the opportunity to request any witnesses on his behalf. The chairperson asked _Dennis_ if he understood due process and he replied, "_Yes_ ."

The chairperson explained to _Dennis_ that he was charged with violation of Rule # _C-2_ , _Assault_ .

The chairperson asked _Dennis_ if he understood the charges against him and he replied, "_Yes_ ."

_Dennis_ was then asked how he pled to the charge and he stated, "_Guilty_ ."

**Exhibit F**
**Special Report dated July 24, 2005**

## LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

Subject "J-3's Fighting"                Opelika, AL  7/24/05

To the Sheriff of Lee County:

I report the following "J-3's Edwin Dennis oca# 12908 and J-3 Teddy Houston oca# 16736 Fighting in E-5" which occurred at 04:40 o'clock this ___A___ M. at "Lee County Detention Center"

Below give full-particulars, together with name of principals and witness and their address

At or around the above date and time officer Leon Aaron 43031 was picking up trays in cell block E-5 on E wing. At this time J-3 Houston was making remarks about a problem that alledgedly he was causing in the cell. J-3 Houston was making these remarks to no one in particular just stateing them aloud. At this time J-3 Dennis appeared to have been offended by these remarks and approached J-3 Houston and began to swing on J-3 Houston. J-3 Houston fought back and was ordered by Ofc Aaron to stop fighting. Ofc Aaron notified the Central Control officer that there was a 10-10 in E5. Both J-3's stopped fighting voluntarily and separated. Sgt. Tommy Threat 43017, Ofc Ken Liberat 43023, Ofc James Scroggins 43020, Ofc Sheila Wheeler 43030, and Ofc John Brown 42D33 all responded to the call to E5. J-3's Houston and Dennis were already finished with the altercation at this point. J-3 Dennis was removed from E5 and placed in E6 pending disciplinary procedures without incident. J-3 Houston was given a ice pacts for his hand until he could see the nurse.    "End of Report"

Respectively Submitted
Leon C. Aaron
Officer   43031
Corrections Division

Reported by _____

Address _____ Phone _____

Complaint received by _____ How _____

Assigned to _____

**Exhibit G**
**Inmate File, Reports dated October 14, 2005**

## LEE COUNTY DETENTION CENTER
### DISCIPLINARY REPORT
(Form #28)

Inmate **Dennis     Edwin     Dee   II**     Custody **Medium**     Number _____
    Last     First     Middle

Assignment **L.C.D.C. CELL F-4** is being charged by **Ofc. Libersat (43**

With rule violation **13.2.C.13 (Having Contraband.**

on or about **14 October   2005**, Time **10:50**  ~~a.m.~~ p.m. Location **Cell F-4**

Circumstances are as follows: **Officer Libersat observed Inmate Dennis giving Inmate Krobetzky a tattoo. Inmate Dennis Surrendered the Contraband to Officer Libersat.**

---

MAJOR     _____

MINOR     _____

SERIOUS    **X**     Sgt. J. Pruitt - 19 OCT 05     Signature of Arresting Officer    **43023**

Notifying Officer: _____ Sgt. J. Pruitt - 19 OCT 05     Time & Date notified: **19 OCT 05 / 1930 P.**

Inmate's Signature _____ Witnesses desired: NO **X** If YES, (List) ____

---

Circumstances Investigated By: _____

Hearing date _____ Time _____ Plea (X) Guilty  ( ) No

If guilty, inmate must affix signature (X) *Arthur Dennis* _____

_____

_____

_____

_____

Committee Findings & Reasons: _____

_____

_____

_____

_____

Committee Recomendations: _____

_____

_____

_____

Witnesses: _____

_____ Signature of Chairman _____

_____ Signature, Member _____

                        Signature, Member _____

Copy delivered to inmate: Date _____ Time _____ Inmate's Signature _____

Action - Date _____ Appeal - Date (attach copy) _____

Approved _____ Approved _____

Disapproved _____ Denied _____

Other (Specify) _____ Other (Specify) _____

_____

F4

# OUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
### (Form #29)

12908

on Dee Dennis II                    DATE: _14 October 2005_

YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:

13.2.C.13 Having Contraband.

YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):

Officer Libersat (43D23).

THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:

Officer Libersat observed Inmate Dennis Giving Inmate Krobetzky a tattoo with a tattoo pen and a toothpaste Cap full of tattoo Ink.

THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:

21 days Disciplinary Lockdown and Loss of all privileges.

ATTN:
Mrs. Morgan

# LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

OCA# 12908

Subject Dennis, Edwin Dee II _____    Opelika, AL 14 OCTOBER 2005

To the Sheriff of Lee County:

I report the following Inmate Dennis in posession of Contraband. _____ which occurred at 10:50 o'clock

this P M. at L.C.D.C. Side A of Cell F-4. _____

Below give full-particulars, together with name of principals and witness and their address

On or about the above date and time, while patrolling F-Wing, Ofc. Libersat observed Inmate Dennis giving Inmate Krobetzky a tattoo in Cell F-4. Ofc. Libersat signaled for Inmate Dennis to bring the tattoo pen and Ink to the door, then called Central Control to have the steel door opened. Inmate Dennis surrendered the tattoo pen and toothpaste cap of Ink without Incident. Cpl Cobb was notified and a disciplinary report and notification of charges were filed. -End-
Respectively Submitted
Kenneth W. Libersat
officer -43D23

Reported by _____

Address _____    Phone _____

Complaint received by _____    How _____

Assigned to _____

**Exhibit H
Inmate File, Request Slips dated
November 17-18, 2005**

Lee County Detention Center

# ᴵ̲NMATE REQUEST SLIP

LOCATION F-4

Name EDWIN DENNIS          Date NOV 17th

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet

☐ Special Visit   ☐ Personal Problem   ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need to be moved out of
this cell before I hurt someone
I'm trying to do this the right
way but I'm going to do it the
way I really want to if I can't
get any help from the staff.

<u>Do Not Write Below This Line</u> - For Reply Only

I'm Edwin Dennis move out of F-4
to Avoid A Problem in F-4 cell.
Mr Eason Advised He need to be move.
I'm Edwin Dennis move to E-6 cpl Lyles

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** E-4

Name _CALVIN DENNIS_     Date _18 Nov 18th_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet
☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need to see Eason and be
moved out of this cell before
I stab a motherfucker in the
throat with a pen!

<u>Do Not Write Below This Line</u> - For Reply Only

Addressed  11/18/5

D3 was reassigned to E-6 in order to
ensure the safety of the facility
will reassess D3's mental status at a
later time.  Eason

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-03B (6/99)

**Exhibit I**
**Inmate Medical File of Edwin D. Dennis, Jr.,**
**Notes dated July 24, 2005**

NOTES

SS# 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

NAME Dertnis, Edwin          DOB 11/27/72 AGE 32     SEX M     RACE W

DRUG ALLERGIES NKDA _____ TETANUS _____

NATURE OF PROBLEM OR REQUEST ___altercation_____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
                          SIGNATURE

*****************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:  BP_____ P_____ R_____ T_____

ASSESSMENT: c/o pain to teeth p̄ altercation + is unable
to chew. Assessment of teeth showed Ø edema, is Ø
trauma to mouth or teeth, NADN

PLAN: see mb

REFER TO: ___X___ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE D Bumb _____ TITLE Cph DATE 07/24/05 TIME _____

**Exhibit J**
**Medical File, Notes dated July 27, 2005**

NOTES

SS# 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

NAME Dennis, Edwin    DOB 11/20/72 AGE 32 SEX M RACE (W)

DRUG ALLERGIES NKDA    TETANUS

NATURE OF PROBLEM OR REQUEST    altercation

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:   BP_____ P_____ R_____ T_____

ASSESSMENT:

07/27/05    **Lee County Detention Center**    **Edwin Dennis**    **#255612351**
This 32 YOWM was hit in the right side of his jaw on Wednesday three days ago. He couldn't swallow his spit at first, he can swallow his spit now but he can't chew his food.
**Physical Exam:** Alert, no distress. HEENT: It is hard for him to open his mouth, he is able to do it, it is just not comfortable. When I palpate the mandible with a gloved finger, it is quite tender back by the second and third molars. There is no obvious bony step-off but he is tender in the same place in both the lingual and buccal side. He says his back tooth feels loose. TM's and ear canals are clear. Throat clear. NECK: Supple comfortable neck movement. CHEST: Normal respirations.
**Impression:** Contusion to the jaw; possible fracture of the mandible.
**Plan:** Panorex x-ray of the mandible. Naprosyn 500 mg b.i.d. #20.

PLAN:

Panorex or regular x-ray of ® mandible.
Naprosyn 500 3D #20    call + me

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____ John H McFarland MD    TITLE MD    DATE 7-21-05    TIME 1057

AM8104894
AL11404

# Exhibit K
# X-ray records dated July 27, 2005

# SOUTHERN RADIOLOGY SERVICES, LLC

ALABAMA / MISSISSIPPI
1-800-845-8183

Mont - 4

**PLEASE PRINT**

PATIENT: *Dennis, Edwin*
Last    First    MI

DOB: 11/27/72    SEX: (M)  F    ROOM #:

FACILITY: *Lee Co. Jail*

PHONE: LEE COUNTY SHERIFF    FAX:
2311 GATEWAY DRIVE
SS# OPELIKA, AL 36803    *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*

MEDICARE #:    CODE

MEDICAID #:    CODE

INSURANCE:    CODE

INSURANCE #:    PRE CERTIFICATION #

**RESPONSIBLE PARTY INFORMATION**
(MUST BE COMPLETED FOR ALL PATIENTS)

NAME:    PHONE #: (    )

ADDRESS: LEE COUNTY SHERIFF
2311 GATEWAY DRIVE
CITY: OPELIKA, AL 36803    STATE:    ZIP:

PATIENT SIGNATURE: _____

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

**EXAMS REQUESTED: Please Mark Each Clearly**
**X-RAY EXAMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 74000 | Abdomen, 1 View | | | 73520 | Hip, Min 2 Views w/Pelvis | L R | | 73590 | Tibia/Fibula, 2 Views | L R |
| 73600 | Ankle, 2 Views (AP 7 LAT) | L R | | 73510 | Hip, Comp Min 2 Views | L R | | 73100 | Wrist, 2 Views | L R |
| 73610 | Ankle, Comp Min 3 Views | L R | | 73060 | Humerus, Min 2 Views | L R | | 73110 | Wrist, Min 3 Views | L R |
| 73650 | Calcaneus (Heel), 2 Views | L R | | 73560 | Knee, 2 Views | L R | | ✔ | OTHER | |
| 71010 | Chest, 1 View (AP) | | | 73562 | Knee, 3 Views (inc OBLQ) | L R | | | OTHER EXAMS | L R |
| | | | | 70160 | Nasal Bones, Comp Min 3 Views | | | | *Mandible* | |
| 73111 | Chest With Ribs, 4 Views | | | 72170 | Pelvis, 1 Views | | | | | |
| 73000 | Clavicle, Complete | L R | | 71100 | Ribs, 2 Views | L R | | 93000 | EKG    Pacemaker:   Y  N | |
| 73070 | Elbow, 2 Views | L R | | 72220 | Sacrum/Coccyx, Min 2 Views | | | 95819 | EEG | |
| 73080 | Elbow, Comp 3 Views | L R | | 73030 | Shoulder, Min 2 Views | L R | | | | |
| 73550 | Femur, 2 Views | L R | | 70210 | Sinuses, Less Than 3 Views | | | | | |
| 73620 | Foot, 2 Views | L R | | | | | | | | |
| 73630 | Foot, Comp Min 3 Views | L R | | 70250 | Skull, Less Than 4 Views | | | | | |
| 73090 | Forearm, 2 Views | L R | | 72040 | Spine, Cervical 2 Views | | | | | |
| 73120 | Hand, 2 Views | L R | | 72100 | Spine, Lumbosacral 2 Views | | | | | |
| 73130 | Hand, Min 3 Views | L R | | 72070 | Spine, Thoracic 2 Views | | | | | |

**DIAGNOSIS/SYMPTOM(S):  Please Mark ALL that apply**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal |
| 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | | | Pain in |
| 413.0 | Angina | | | Dislocation of | | 485 | Pneumonia, Confirmed |
| | Arthritis of | | 780.4 | Dizziness | | 514 | Pneumonia, Probable |
| 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing) | | 795.5 | Positive Mantoux, PPD |
| 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS |
| 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis |
| 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest |
| | Bruise of | ✔ | | Possible Fracture of *Mandible* | | 786.09 | Shortness of Breath |
| 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncope & Collapse |
| | Carcinoma of | | 518.3 | Infiltrate, Lung | | 785.0 | Tachycardia |
| 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis |
| 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) |
| 514 | Congestion, Chest | | | | | | |
| 428.0 | Congestive Heart Failure | | | | | | OTHER |

PHYSICIAN'S SIGNATURE: _____

Because of physical psychological and/or age limitations, this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient.

RADIOLOGIST:

PRELIMINARY REPORT:

NURSE'S SIGNATURE: *Strum*

ORDERING PHYSICIAN: *Dr. Fml.n.t*    CODE

PHONE #: (334) 737-3591
First    Last

FAX: 334 737-3576

X-RAY #    TECH: *KSP*

DATE: 7.01.05    #VIEWS: 4

ARRIVE TIME: 1:00    Q0092 # 1

DEPART TIME:    # PTS SEEN 1/3

AM

# SOUTHERN RADIOLOGY SERVICES, LLC
# X-RAY REPORT

| DATE | LAST NAME | FIRST NAME | MI |
|---|---|---|---|
| 7/27/2005 | DENNIS | EDWIN | |
| **D.O.B.** | **SEX** | **FACILITY** | |
| 11/27/1972 | M | LEE COUNTY JAIL | |
| **ORDERING PHYSICIAN** | | **X-RAY NO.** | |
| DR. MCFARLAND | | MT8670 | |

## FOUR VIEWS OF THE MANDIBLE, 07/27/05

**FINDINGS:**  No evidence of fracture is identified on limited views.  The paranasal sinuses appear unremarkable.

**IMPRESSION**:  No gross mandibular fracture is seen on limited views.

_____

William Abbott, M.D./pag

tt:    7/28/2005 8:39:04 AM
td:    7/27/2005 5:51:18 PM

**Exhibit L**
**Inmate File, Request Slip dated July 28, 2005**

ee County Detention Cer

# INMATE REQUEST SLIP

*E-6*

**LOCATION**

Name ___EDWIN DENNIS___    Date ___July 29th___

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need to see the nurse to see
what is going to be done about
tooth. It is killing me. Also I would
like to know the results of the x-rays
that were taking yesterday. Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

You will be added to the dental
list for your tooth. Your xray
showed nothing wrong. Everything
normal. 07/28/05 D. Burks cp

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

**Exhibit M
Inmate File, Record of Medical Examination
dated August 12, 2005**

# LEE COUNTY SHERIFF'S DEPARTMENT
## RECORD OF MEDICAL EXAMINATION
(Form #11)

PART 1:    To be completed by jailer. (Please print clearly).

1. Inmate's name: _Dennis, Adrin_
2. Date: _08/11/05_
3. Time: _0800_
4. Reason treatment was needed: _dental appt_

5. Did inmate request treatment? _YES_ (If yes, place request form in inmate's file if in writing.)
6. Was inmate transported from the jail? _yes_
7. If yes, to what location? _Dr. Botta_
8. Was inmate treated at the jail? _no_
9. Who examined the inmate? _nursing staff_
10. Jailer's name: _____ Signature: _____

PART 2:    To be completed by person examining inmate. (Please print clearly.)

1. Type of treatment/examination: _#32 SURGICAL EXTRACTION_
2. Prognosis: _Good_
3. Is additional treatment needed? _____ If so, please specify if other than by medication:

_____
4. Medication prescribed: _LORTAB-5_
5. Special instructions for administration: _AS-DIRECTED_

6. Other special instructions (restrictions of diet, activity, work, etc.; observation orders; other):

_____
_____
_____
_____

_N. E. BOTTA DMD_
Health Care Provider (Please print and give title, i.e. M.D., R.N., D.D.S., etc.)

_N. E. Botta_

_8-11-05_          _8:20_          
Date                Time                Signature