**Exhibit N
Inmate File, Request Slip dated
September 8, 2005**

Lee County Detention Center

# INMATE REQUEST SLIP

F.1

**LOCATION**

Name _EDWIN DENNIS_    Date _9-8-05_

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I fell and have pulled something in my shoulder and neck. I cant move my arm much. I need to see the nurse and get something for pain please. Thank you.

<u>Do Not Write Below This Line</u> - For Reply Only

Apply heat to ℝ shoulder & if no better will see MD next visit. 09/08/05
D. Buck RN

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

**Exhibit O**
**Inmate File, Notes and Charge Form dated**
**September 13, 2005**

NOTES

SS# 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

NAME _Dennis, Edwin_ DOB 11/27/72 AGE 32 SEX M RACE W

DRUG ALLERGIES _0_ TETANUS ___

NATURE OF PROBLEM OR REQUEST _dif. Urinating + shoulder pain_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE ___

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:   BP ___ P ___ R ___ T ___

ASSESSMENT:

Lee County Detention Center     Edwin Dennis          #255612351

**09/13/05**
This 32 YOWM has had problems in his left shoulder. He had an injury. He also has had some trouble with urinary retention and discomfort. He said he'd had some problems with his prostate type symptoms before when he was on methamphetamine. He says that is all doing better.

**Physical Exam:** He is tender on exam especially at the biceps tendon groove. He has full range of motion of both shoulders; usually it is his right shoulder that causes him trouble.

**Impression:** Left biceps tendonitis with trapezius muscle spasm; prostatism.

**Plan:** It doesn't sound like needs anything for his prostate right now. Naprosyn 500 mg b.i.d. #20 and Flexeril 10 mg q h.s. #7. Recheck if his shoulder is not better. I talked to him about doing some shoulder range of motion exercises each morning to help with the stiffness in his neck and shoulders.

PLAN:

Naprosyn 500 BID #20
Flexeril 10 hs #7

REFER TO: ___ PA/PHYSICIAN ___ MENTAL HEALTH ___ DENTAL ___

SIGNATURE ___ TITLE MD DATE 9/13/05 TIME 1102

JOHN H McFARLAND MD
AMB104894
AL11404

D. Burke Lpn

9/16/05 - I/m

Naprosyn To See MD

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME ___Dennis  Edwin_____

DATE OF BIRTH _____  RACE/SEX ___W/m_____

SOCIAL SECURITY#_____  CELL ___F2_____

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☑ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☑ PRESCRIPTION  x 2 | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

**TOTAL OF MEDICAL SERVICES RENDERED**    $ __16.00___

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date ___D Burk  eon  09/13/05___

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

FORM: LCS-DC33 (9/02)

# Exhibit P
# Medical File, Other Medical Records

Lee County Detention Center
# INMATE REQUEST SLIP

_E-6_
**LOCATION**

Name _EDWIN DENNIS_          Date _July 20th_

☐ Telephone Call    ☑ Doctor      ☑ Dentist      ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem          ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

_I would like to know what the results of the x rays and what is going to be done about my tooth. I need to see the dentist._

<u>Do Not Write Below This Line</u> - For Reply Only

_this has already been addressed._
_07/20/04 O. Burke cpm_

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant         ☐ Chief Deputy        ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)



# SHERIFF OF LEE COUNTY
## JAY JONES

E-mail:
lcso@leecountysheriff.org

P.O. BOX 688
OPELIKA, AL 36803-0688

Phone (334) 749-5651
Fax (334) 749-4835



| Correction Specialist Progress Note |
| --- |

**Date:** 03/15/05
**Inmate:** Dennis, Edwin
**Current Medications & Allergies: NONE**
**Cell Assignment: F-4**
**Charges: Manufacturing Controlled Substance**
**Current GAF: 60**

**Subjective:** Inmate is a 32 YOWM who presents today stating he is experiencing increased anxiety since his incarceration. " I can't sleep and my attitude is deteriorating." Inmate states he has had two anxiety attacks since his incarceration.

**Objective:** Inmate is a 32 YOWM who presents with a full/pleasant affect and is alert and oriented to person, place, time, and situation. Inmate's appearance is appropriate and his behavior is cooperative. His manner is suspicious and somewhat guarded. Inmate reports that he can't sleep and needs Prozac to help with this problem. Inmate states he has had two anxiety attacks since his incarceration. He describes his symptoms as chest pain and shortness of breath. Inmate reports no specific antecedents other than being in jail. He reports that he has taken Prozac in the past per Dr. Reddy but is nonspecific as to when he was last assessed by her. Writer contacted East Alabama Mental Health regarding this inmate's case status. Writer was informed that this inmate's case is inactive and he was last assessed per Dr. Reddy on 1/14/03. Inmate states he was released from prison on 11/7/4. However, he has had no follow up with EAMH since his release and his case remains closed. Inmate denies that he is experiencing suicidal/homicidal ideations as well as hallucinations and there was no delusional or paranoid thought content noted during the course of this interview. Inmate also denies any history of suicidal attempts or gestures. Inmate states that he uses methamphetamines on a daily basis and reports that his last usage occurred on 2/22/05 which was the date of his arrest. "I last used meth in the back of the patrol case when they arrested me." Inmate reports that he is frustrated that his family does not visit him since his incarceration.

**Assessment:**

| Appearance: appropriate | Affect/Mood: full/pleasant | Perception: (-) hallucinations |
| --- | --- | --- |
| Behavior: cooperative | Orientation: x 4 | Intellect: average |
| Appetite: ok | Memory: intact | Insight/Judgment: |
| Sleep: poor | Thought Content: (-) SI/HI/PI/DT | Substance Abuse: Meth LU 2/22/5 |
| Speech: WNL | Thought Process: normal | Med Compliance: NA |

**Plan/Disposition:** Inmate is stable at this time with regard to cell assignment and no disciplinary/behavioral problems have been noted. Inmate does not meet SMI (Serious Mental Illness) criteria at this time that would warrant further assessment based on his reported symptomalogy.  Writer discussed adjustment issues with this inmate such as poor sleep and anxiety

once incarcerated. Writer also discussed with inmate methamphetamine withdrawal symptomalogy. However this should not be an issue given the inmate's date of last usage. Writer dispensed reading materials to the inmate pertaining to anxiety and poor sleep. Inmate does not appear to be a danger to himself or others at this time. Writer will also inform the nursing staff regarding this inmate's somatic complaints. Writer will continue to f/u with this inmate as needed.


_____    _____

James Eason, MS, ALC, CRC, CVE, Correction Specialist/Mental Health Officer  # 43D47
Lee County Sheriff's Office & Detention Center

NOTES

SS# _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_

NAME _Dennis, Edwin_                DOB _11/27/72_ AGE _32_    SEX _M_    RACE _W_

DRUB ALLERGIES                _NKDA_                    TETANUS _____

NATURE OF PROBLEM OR REQUEST  _Chest pain? / anxiety attacks_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

*************************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJ 04/12/05    **Lee County Detention Center**    **Edwin Dennis**        #255612351
ASS This 32 YOWM had an anxiety attack after finding out in court that he wasn't going to be able
to have bond. He is looking at fifteen years. He has had previous anxiety attacks. He has chest
pain and hyperventilation with it. He doesn't have any pain now. It has been a couple of days
now.
**Physical Exam:** Alert, no distress. HEART: Regular without murmur, rub, or gallop. LUNGS:
Clear; no respiratory distress. NEURO: No focal deficits; normal gait observed.
**Impression:** Anxiety attack.
**Plan:** We will have him speak with Mental Health Office for further evaluation and

recommendations. He said it is not as bad as the first one when he thought he was dying. He
knows what it is. He will probably need no further treatment.

PLAN:

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ TITLE _MD_ DATE _4-12-5_ TIME _0545_

Lee County Detention Center

# INMATE REQUEST SLIP

E-6
**LOCATION**

Name _EDWIN DENNIS_     Date _July 26th_

☐ Telephone Call     ☑ Doctor     ☑ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I was in a fight on the 24th and need to see the doctor very badly. I'm in a lot of pain. I was told I would be put on the list for tuesday but was not taken to see him.

<u>Do Not Write Below This Line</u> - For Reply Only

You were told you would see the doctor & you will when he comes. Quit wasting our time & request slips.
07/26/06  D. Burk  cpn

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

Name _EDWIN DENNIS_    Date _NOV 18 th_

**LOCATION** _E-6_

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

_Need to see the nurse about a large knot on the side of my Face._

<u>Do Not Write Below This Line - For Reply Only</u>

_11/19/05 Boil USS Start after protocal starts Boil on Rt Cheek Size Small +9, Hibiclens Soap given see M) The. per m) protocal_

_C.[?] [signature]_

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION**

Name _EDWIN DENNIS_     Date _Sept 4th_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request.  Give To Jailer

I was charge for going to the Dentist
and Having my tooth pull'd. My tooth got
knock'd loose in the last fight — got
in and was pull'd because of that. It
was a follow up and I was not
suppos'd to be charg'd at all.

Do Not Write Below This Line - For Reply Only

09/2/05 You Need To
Write Admin. About the
Charges

Nurse Stewart

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Request Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Cen
# INMATE REQUEST SLIP

**LOCATION** E-5

Name _EDWIN DENNIS_    Date _July 18th_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I have a head ache for two days. Can I please get some asprin or something for it.

<u>Do Not Write Below This Line</u> - For Reply Only

Two tylenol given 07/19/05 O. Burton

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# SOUTHERN RADIOLOGY SERVICES, LLC

ALABAMA / MISSISSIPPI
1-800-845-8183

mcm - 4

**PLEASE PRINT**

| Please Indicate Patient Status: |
| _____ Medicare Part A Patient (Skilled) |
| _____ 3rd Party (Non-Skilled) |
| _____ VA Patient |
| _____ Employee |

PATIENT: _____  Last  First  MI

**RESPONSIBLE PARTY INFORMATION**
(MUST BE COMPLETED FOR ALL PATIENTS)

DOB: 11/7/72   SEX: (M) F   ROOM #: _____   CODE

NAME: _____   PHONE #: (    )

FACILITY: _____

ADDRESS: **LEE COUNTY SHERIFF**

PHONE: **LEE COUNTY SHERIFF**
**2311 GATEWAY DRIVE**

CITY: **2311 GATEWAY DRIVE**
**OPELIKA, AL 36803**   STATE: _____   ZIP: _____

SS# **OPELIKA, AL 36803**   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   CODE

MEDICARE #: _____   CODE

MEDICAID #: _____   CODE

INSURANCE: _____

PRE CERTIFICATION #

INSURANCE #: _____

PATIENT SIGNATURE: _____

Patient's or Authorized Person's Signature. I authorized the release of any medical or other information necessary to process this claim. I request payment of government/insurance benefits be made to the provider performing services.

☐ Patient Unable to Sign

**EXAMS REQUESTED: Please Mark Each Clearly**

**X-RAY EXAMS**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 74000 | Abdomen, 1 View | | | 73520 | Hip, Min 2 Views w/Pelvis | L R | | 73590 | Tibia/Fibula, 2 Views | L R |
| 73600 | Ankle, 2 Views (AP 7 LAT) | L R | | 73510 | Hip, Comp Min 2 Views | L R | | 73100 | Wrist, 2 Views | L R |
| 73610 | Ankle, Comp Min 3 Views | L R | | 73060 | Humerus, Min 2 Views | L R | | 73110 | Wrist, Min 3 Views | L R |
| 73650 | Calcaneus (Heel), 2 Views | L R | | 73560 | Knee, 2 Views | L R | | ✓ | OTHER | |
| 71010 | Chest, 1 View (AP) | | | 73562 | Knee, 3 Views (inc OBLQ) | L R | | | OTHER EXAMS | L R |
| | | | | 70160 | Nasal Bones, Comp Min 3 Views | | | | Mantle | |
| 71111 | Chest With Ribs, 4 Views | | | 72170 | Pelvis, 1 Views | | | | | |
| 73000 | Clavicle, Complete | L R | | 71100 | Ribs, 2 Views | L R | | 93000 | EKG    Pacemaker:   Y  N | |
| 73070 | Elbow, 2 Views | L R | | 72220 | Sacrum/Coccyx, Min 2 Views | | | 95819 | EEG | |
| 73080 | Elbow, Comp 3 Views | L R | | 73030 | Shoulder, Min 2 Views | L R | | | | |
| 73550 | Femur, 2 Views | L R | | 70210 | Sinuses, Less Than 3 Views | | | | | |
| 73620 | Foot, 2 Views | L R | | | | | | | | |
| 73630 | Foot, Comp Min 3 Views | L R | | 70250 | Skull, Less Than 4 Views | | | | | |
| 73090 | Forearm, 2 Views | L R | | 72040 | Spine, Cervical 2 Views | | | | | |
| 73120 | Hand, 2 Views | L R | | 72100 | Spine, Lumbosacral 2 Views | | | | | |
| 73130 | Hand, Min 3 Views | L R | | 72070 | Spine, Thoracic 2 Views | | | | | |

**DIAGNOSIS/SYMPTOM(S):   Please Mark ALL that apply**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 787.3 | Abdomen Distention (Flatulence) | | 496 | COPD, Chronic Obstructive Pulm. Dis. | | 560.9 | Obstruction, Intestinal |
| 787.5 | Abnormal Bowel Sounds | | 786.2 | Coughing | | | Pain in _____ |
| 413.0 | Angina | | | Dislocation of _____ | | 485 | Pneumonia, Confirmed |
| | Arthritis of _____ | | 780.4 | Dizziness | | 514 | Pneumonia, Probable |
| 429.2 | ASCVD, Arteriosclerotic cardiovas. Dis. | | 787.2 | Dysphagia (Difficulty Swallowing) | | 795.5 | Positive Mantoux, PPD |
| 427.31 | Atrial Fibrillation | | 782.3 | Edema (Swelling) | | 518.4 | Pulmonary Edema, NOS |
| 507.0 | Aspiration | | 492.0 | Emphysema | | 515 | Pulmonary Fibrosis |
| 427.89 | Bradycardia | | 780.6 | Febrile (Feverish) | | 786.7 | Rales in Chest |
| | Bruise of _____ | | | Possible Fracture of _____ ✓ | | 786.09 | Shortness of Breath |
| 466.0 | Bronchitis, NOS | | 560.39 | Impaction | | 780.2 | Syncope & Collapse |
| | Carcinoma of _____ | | 518.3 | Infiltrate, Lung | | 785.0 | Tachycardia |
| 429.3 | Cardiomegaly | | 410.92 | Myocardial Infarction | | 011.90 | Tuberculosis |
| 786.50 | Chest Pain, Unspecified | | 787.01 | Nausea and Vomiting | | 519.8 | URI (Chronic) |
| 514 | Congestion, Chest | | | | | | |
| 428.0 | Congestive Heart Failure | | | | | | OTHER |

PHYSICIAN'S SIGNATURE: _____

Because of physical psychological and/or age limitations, this patient would find it difficult to receive this/these procedure(s) at a fixed site. I certify that this/these procedure(s) is/are medically necessary for the proper treatment of this patient.

RADIOLOGIST: _____

PRELIMINARY REPORT:

NURSE'S SIGNATURE: _____

ORDERING PHYSICIAN: _____   CODE

PHONE #: (334) 737-3521   First  Last

FAX: (334) 737-3874

X-RAY #: _____   TECH: PS

DATE: 1/31/05   #VIEWS: 4

ARRIVE TIME: 1:00   Q0092 #

DEPART TIME: _____   # PTS SEEN: 12

AM

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _EDWIN DENNIS_

DATE OF BIRTH _11 27 72_                    RACE/SEX _WHITE_

SOCIAL SECURITY# _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_             CELL _F-4_

## ***SERVICES & FEES***

□ SICK CALL                    $10.00
☑ DOCTOR VISIT                 ~~$10.00~~
□ DENTIST VISIT                $10.00
□ PRESCRIPTION                 $3.00
□ FOLLOW-UP VISIT              N/A

TOTAL OF MEDICAL SERVICES       $_10.00_
RENDERED

---

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

□ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

□ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

Lee County Detention Center

# INMATE REQUEST SLIP

F-4
**LOCATION**

Name _EDWIN DENNIS_     Date _June 6th_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I have a cold sore on my lip and need something to put on it please.

<u>Do Not Write Below This Line</u> - For Reply Only

Orajel given Outolder D. Burton

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
## (FORM #33)

INMATE NAME _Edwin Lee Dennis_

DATE OF BIRTH _11-01-72_          RACE/SEX _M_

SOCIAL SECURITY# _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_          CELL _F-4_

## ***SERVICES & FEES***

☒ SICK CALL                    $10.00
☐ DOCTOR VISIT                 $10.00
☐ DENTIST VISIT                $10.00
☐ PRESCRIPTION                 $3.00
☐ FOLLOW-UP VISIT              N/A


TOTAL OF MEDICAL SERVICES      $ _10.00_
RENDERED

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _D. Burke 2pn  04/30/05_


Inmate Signature & Date _Edwin Dennis April 6 05_

## Inmate Account Payable Clerk Signature & Date

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

FORM: LCS-DC33 (9/02)

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION _F-4_

Name _EDWIN DENNIS_    Date _April 27_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  Give To Jailer

_I need to see nurse about some sore's I have in me mouth._

---

Do Not Write Below This Line - For Reply Only

_04/28/05  That's Cankers in your mouth Oragel gum Follow up if needs_

_Nurse Stewart_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# LEE COUNTY DETENTION CENTE
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _EDGIN DENNIS_

DATE OF BIRTH _11-27-79_          RACE/SEX _W/M_

SOCIAL SECURITY# _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_          CELL _E-1_

## ***SERVICES & FEES***

|  |  |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☒ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☐ PRESCRIPTION | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

TOTAL OF MEDICAL SERVICES          $ _10.00_
RENDERED

---

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _D Buck  RN  09/01/05_

Inmate Signature & Date _Edgin P Dennis     9-1-05_

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

FORM: LCS-DC33 (9/02)

Lee County Detention Center
# INMATE REQUEST SLIP

F-4
**LOCATION**

Name EDWIN DENNIS          Date Oct 4

☐ Telephone Call      ☐ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem              ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I need some motrin please. Its
in my medical file that I should
be given some upon request for
my arthritis pains and shot. Thank
you.

<u>Do Not Write Below This Line</u> - For Reply Only

You saw the doctor today the ordered
you something for your nose. You did
not discuss arthritis with him. Like every
body else you can only get something
every once in a while. No exceptions.
10/04/05    D. Bunch Cpl

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy              ☐ Sheriff

Date _____      Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

NOTES

SS# 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

NAME _Dennis Edwin_    DOB 1/27/73 AGE 32 SEX M RACE (W)

DRUG ALLERGIES _Ø_    TETANUS _____

NATURE OF PROBLEM OR REQUEST _Swollen Red nose c sore inside_
_Red Rt eye._

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

*********************************************************************

HEALTH CARE DOCTOR    Edwin Dennis    255612351

**10/04/05    Lee County Detention Center**

This 32 YOWM has had red swollen right side of his nose for four days. He was able to pop something. It is not red as it was. He has a place on his left forearm that is also red and tender. He feels like he has a swollen lymph gland in the front of his left ear.

**Physical Exam:** Alert, no distress. HEENT: He has a very tender and inflamed nose more on the right side than on the left. There is no significant lymphadenopathy although I can feel the small preauricular node on the right. TM's and ear canals are clear. Mouth and throat are clear. Nontender sinuses. The stye in his right upper nasal eyelid area apparently is much better than few days ago when the nurse advised warm compresses. NECK: Supple without significant adenopathy. HEART: Regular. LUNGS: Clear. BACK: He shows me that he is still a little sore and tender in muscles of the left low back where he slipped in the shower. He says his shoulder also hurts. EXTREMITIES: He has a small area of Staph cellulitis on his left forearm. He has a number of scars from previous infections or trauma.

**Impression:** Probable Staph cellulitis of the nose.

**Plan:** Local care. Doxycycline 100 mg b.i.d. #14. Recheck in a week if not better.

Doxycycline 100 BID x 14
red 1 wk
Tylenol p.r.n. pm

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ TITLE M DATE 10/4/5 TIME 0830

JOHN H McFARLAND MD
AMB 104894
AL 11404

NOTES

SS# _255- 61  2351_

NAME _Dennis, Edwin_    DOB _11/27/72_ AGE _32_, SEX _M_ RACE _W_

DRUG ALLERGIES _0_    TETANUS

NATURE OF PROBLEM OR REQUEST _Follow-up per M.D_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____

ASSESSMENT:

#255612351

**10/12/05    Lee County Detention Center    Edwin Dennis**

This 32 YOWM has finished a week of Doxycycline.

**Physical Exam:** His nasal cellulitis has resolved. The place on his left forearm is also better. He says his stye is better as well.

**Impression:** Resolved cellulitis – nose and arm.

**Plan:** Recheck as needed for recurrences. Continue with hygiene.

PA/PHYSICIAN    MENTAL HEALTH    DENTAL

TITLE _MD_  DATE _10-12-05_  TIME _09 06_

H N H McFARLAND MD
AM8104894
AL11404

Lee County Detention Center
# INMATE REQUEST SLIP

Name _EDWIN DEJUNES_    Date _Oct 25rd 05_

LOCATION _Fri_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I have a very Bad Headache and my shoulder hurts. Could I please get something for pain Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

mother two given 10/25/05 D. Burks gn

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

$\underline{F-4}$
**LOCATION**

Name _EDWIN DENNIS_    Date _Oct 24th 05_

☐ Telephone Call    ☒ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

---

Briefly Outline Your Request. <u>Give To Jailer</u>

I have had a headache for two days and have written one request to see the nurse or get something for pain. My shoulder is also hurting. Sign me up to see the doctor since he must be the only one who can hand out aspirin. I need to be prescribed something I guess on a permanent Basis.

---

<u>Do Not Write Below This Line</u> - For Reply Only

Already addressed. 10/24/05

D. Blanks Sgn

---

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

NOTES

SS# _255 - 61 - 2351_

NAME _Dennis, Edwin_ DOB _11/27/72_ AGE _32_ SEX _M_ RACE _W_

DRUG ALLERGIES _0_ TETANUS _____

NATURE OF PROBLEM OR REQUEST _C/O Chronic HIA's_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:  BP_____  P_____  R_____  T_____

ASSESSMENT:

P:

_Naproxen 500 BID] times Two  given to pat._
_Flexeril 10 BID_
_RTU 2w-3w prn_

TO: ____ PA/PHYSICIAN ____ MENTAL HEALTH ____ DENTAL ____

THE ____ JOHN H McFARLAND MD ____ TITLE _MD_ DATE _6/27/05_ TIME _1128_

AM8104894
AL 11404

NOTES

SS# _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_

NAME _Dennis, Edwin_     DOB _11/17/72_ AGE _32_ SEX _M_ RACE _W_

DRUG ALLERGIES _Ø_     TETANUS _____

NATURE OF PROBLEM OR REQUEST _Boil USS Stgn Rt Chk_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

*********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:   BP _____ P _____ R _____ T _____

ASSESSMENT:

PLAN:   _Septra DS to complete 10 d_

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____     TITLE _MD_ DATE _____ TIME _0752_

JOHN H MCFARLAND MD
AM8104894
AL 11404

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

**INMATE NAME** _Dennis Edwin_

**DATE OF BIRTH** _____    **RACE/SEX** _wlm_

**SOCIAL SECURITY#** _____    **CELL** _F 2_

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☐ DOCTOR VISIT | $10.00 |
| ☑ DENTIST VISIT | $10.00 |
| ☑ PRESCRIPTION | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

**TOTAL OF MEDICAL SERVICES
RENDERED** $ _13.00_

# MEDICAL VERIFICATION SECTION

**Authorized Nursing Staff Signature & Date** _D Burtt LPN  08/13/05_

**Inmate Signature & Date** _____

## Inmate Account Payable Clerk Signature & Date

_____

SE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

SE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

Lee County Detention Cent
# INMATE REQUEST SLIP

**LOCATION**

Name _E. LVIN DENNIS_    Date _Aug 30th_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_I have a knot on the_
_side of my face. I need to_
_see nurse please._

<u>Do Not Write Below This Line - For Reply Only</u>

_08/19/05 Have Good Size_
_great boil Lvin on Lf_
_Cheek Also on Lf wt_
_Septra DS x 5 days ☐_
_Not Seen ☐_

_Nurse Slvt_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** F-2

Name *EDWIN DENNIS*     Date *August 31st*

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

*I have a bad headache and would like to see if I could get some Tylenol for it please*

<u>Do Not Write Below This Line</u> - For Reply Only

*given 2 Tylenol D. Bulb 9pm*

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION**

Name _EDWIN DENNIS_          Date _Aug 31st_

☐ Telephone Call      ☑ Doctor           ☐ Dentist          ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem                    ☐ Other

---

Briefly Outline Your Request.  <u>Give To Jailer</u>

I am Having trouble urinating
and my kidney's hurt some kind's
Need to see Nurse / doctor.

---

<u>Do Not Write Below This Line</u> - For Reply Only

W/A nes. Will see. mD for possible
prostate exam. ogbilor D. Buck gr

---

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant            ☐ Chief Deputy            ☐ Sheriff

Date _____      Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)