**Exhibit Q
Medical File, Records regarding
Plaintiff's Medication**

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Septra DS* *T BID* *X 10 dys.* 11/18/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Medications** | **Hour** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

| Charting For | | Through | |
|---|---|---|---|
| Physician | *Pistoral* | Telephone No. | Medical Record No. |
| Alt. Phys. | | Alt. Telephone | |
| Allergies | | Rehabilitative Potential | |
| Diagnosis | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: *Stewart*  Title: *Cu* | Date: |
| Resident | | | Birth Date | Resident Code | Room No. | Bed | Facility Code |

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 500 Bid x 7 dy x then 10/27/05 — T8Hs | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 10 | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10m bid x 7 dy then 10/27/05 — 8 Hs | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 13 | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 500mg ÷ Bid x 2 days 11/01/05 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10 mg ÷ Bid x 2 days 11/01/05 the 8 Hs | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Charting For | | Through | | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No. |
| Alt. Phys. Dr. Mc Faroy | | | Alt. Telephone | | |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | Admission Date | |
| Medicaid Number | Medicare Number | | Complete Entries Checked: By: | Title: | Date: |
| Resident | | | Birth Date | Resident Code | Room No. | Bed | Facility Code |

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naprosyn 500 + 20 i Bip | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | OB | OB | OB | | |
| 07/27/05 | 2150 | | | | | | | | | | | | | | | | | | | | | | | | | OB | OB | OB | OB | | |
| Naprosyn 500mg i Bid x13 | 0800 | OB | OB | OB | OB | OB | OB | OB | OB | | | | | | | | | | | | | | | | | | | | | | |
| 08/01/05 | 2100 | OB | OB | OB | OB | OB | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lortab 5 i Bid | 0800 | | | | | | | | | OB | OB | OB | | | | | | | | | | | | | | | | | | | |
| 08/12/05 | 2100 | | | | | | | | | OB | OB | | | | | | | | | | | | | | | | | | | | |
| Septra DS bip x 7 days | 0800 | | | | | | | | | | | | | OB | OB | OB | OB | OB | OB | OB | | | | | | | | | | |
| 08/19/05 | 2100 | | | | | | | | | | | | | | OB | OB | | | | | | | | | | | | | | |
| Naprosyn 500mg i Bid x20 | 0800 | | | | | | | | | | | | OB | OB | OB | OB | OB | OB | OB | | | | | | | | | | | | |
| 08/13/05 | 2100 | | | | | | | | | | | | OB | OB | OB | OB | OB | | | | | | | | | | | | | | |
| Flexeril 10mg i qhs | | | | | | | | | | | | | OB | | | | | | | | | | | | | | | | | | |
| 08/13/05 | 2100 | | | | | | | | | | | | OB | OB | OB | OB | OB | | | | | | | | | | | | | | |
| Oflox 100m #14 i BID | 0800 | | | | | | | | OB | OB | OB | OB | | | | | | | | | | | | | | | | | | | |
| 10/4/05 | 2100 | | | | | | | OB | OB | OB | OB | | | | | | | | | | | | | | | | | | | | |
| Tyl 1 mstr prn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10/4/05 | | | | | | | | OB | OB | OB | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| | | | |
|---|---|---|---|
| Charting For | | Through | Medical Record No. |
| Physician  Dr. Mr. Farlay | | Telephone No. | |
| Alt. Phys.  Dr. | | Alt. Telephone | |
| Aller-gies | | Rehabilitative Potential | |
| Diag-nosis | | | Admission Date |
| Medicaid Number | Medicare Number | Complete Entries Checked:  By: Stewart  Title: Lpn  Date: | |
| Resident | | Birth Date | Resident Code  E2 | Room No.  A26 | Bed | Facility Code |

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 *(for A03 print programs)*

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Metrin ii* <br> *BID x5 days* <br> *6/2/05* | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *prn TJC / metrin* <br> *6/1/05* | 2100 | 0308 | | 1/03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *naprosyn 500mg* <br> *# 20 ÷ Bid* <br> *7/27/05* | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Medications** | **Hour** | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

| | | |
|---|---|---|
| Charting For | Through | |
| Physician *Motead* | Telephone No. | Medical Record No. |
| Alt. Phys. | Alt. Telephone | |
| Allergies | Rehabilitative Potential | |
| Diagnosis | | Admission Date |

| Medicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | Title: | Date: |
| Resident | | Birth Date | Resident Code | Room No. | Bed | Facility Code |

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _Dennis Edwin_

DATE OF BIRTH _____     RACE/SEX _____

SOCIAL SECURITY# _____     CELL _____

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☐ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☐ PRESCRIPTION | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

TOTAL OF MEDICAL SERVICES     $_____
RENDERED

---

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _Dennis Edwin_ _____

DATE OF BIRTH _____    RACE/SEX _____

SOCIAL SECURITY#_____    CELL _____

## ***SERVICES & FEES***

|  |  |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☐ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☐ PRESCRIPTION _Naproxen_ | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

TOTAL OF MEDICAL SERVICES       $_____
RENDERED

---

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME *Dennis Edwin*

DATE OF BIRTH _____    RACE/SEX _____

SOCIAL SECURITY#_____    CELL *7-2*

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☐ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☑ PRESCRIPTION *Vagrosin* | $3.00 |
| ☐ FOLLOW-UP VISIT *7 Cml* | N/A |

TOTAL OF MEDICAL SERVICES
RENDERED        $ *6.00*

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

# LEE COUNTY DETENTION CENTER
# MEDICAL CHARGE FORM
### (FORM #33)

INMATE NAME _Dennis Edwin_____

DATE OF BIRTH _____     RACE/SEX _____

SOCIAL SECURITY#_____     CELL _____7-2____

## ***SERVICES & FEES***

| | |
|---|---|
| ☐ SICK CALL | $10.00 |
| ☐ DOCTOR VISIT | $10.00 |
| ☐ DENTIST VISIT | $10.00 |
| ☑ PRESCRIPTION _Doxycen_ | $3.00 |
| ☐ FOLLOW-UP VISIT | N/A |

TOTAL OF MEDICAL SERVICES     $ _3⁰⁰_
RENDERED

---

# MEDICAL VERIFICATION SECTION

Authorized Nursing Staff Signature & Date _____

Inmate Signature & Date _____

## Inmate Account Payable Clerk Signature & Date

_____

☐ PLEASE CHECK IF INMATE IS INDIGENT TO PAY THE ABOVE CHARGES.

☐ PLEASE CHECK IF INMATE IS ABLE TO PAY THE ABOVE CHARGES.

**Exhibit R
Inmate File, Request Slips dated June 1 and
July 18, 2005**

Lee County Detention Center

# INMATE REQUEST SLIP

LOCATION F-4

Name EDWIN DENNIS    Date June 1st

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

Hurt my shoulder wrestling
and its killing me. Need to see
doctor. Need a pill or something till
then to please.

Do Not Write Below This Line - For Reply Only

6/2/05 — matrin him 4 Day
X 5 days. See m

Nurse Steward

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

...ee County Detention C...er
# INMATE REQUEST SLIP

LOCATION **E-6**

Name EDWIN DENNIS        Date July 18th

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

I need some antibiotic ointment for some sores I have on my arm and also need to see if I can get something for my shoulder. Its hurting and aching again. Thank you.

Do Not Write Below This Line - For Reply Only

7/17/05   9 win

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

**Exhibit S**
**Medical File, Notes April 6 and June 7, 2005**

NOTES

SS# 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

NAME Denny, Edwin          DOB 11/27/72  AGE 32   SEX m    RACE W

DRUG ALLERGIES          NKDA                    TETANUS

NATURE OF PROBLEM OR REQUEST          c/o chest pain

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

*****************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP 116/78  P 88  R ____  T ____          98% O2 Sat

ASSESSMENT: c/o pain to center chest, center upper back, neck & (R) shoulder,
sob, says had same problems in 2003, saw MD & was told it was
an anxiety attack, was given vistaquan, prozac & flexeril, this
was while in jail & also at kilby, has not had any problems
since been on st at St side & has not seen a doctor since then, either,
was also going to EAMH during the 2003 incarceration has not been
since 2003, skin w/b to touch, cap refill <3 sec, & s/b noted
NAD N.



PLAN: Ŧ motrin 200mg given, referral to mr. Eason, will see
Dr. McFarland on next visit

REFER TO: __X__ PA/PHYSICIAN  __X__ MENTAL HEALTH  ____ DENTAL

SIGNATURE D Burl          TITLE Cph  DATE 04/26/05  TIME ____

NOTES

SS# 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

NAME Dennis, Edwin    DOB 11/27/72 AGE 32    SEX M    RACE W

DRUG ALLERGIES NKDA    TETANUS

NATURE OF PROBLEM OR REQUEST wrestling in cell, shoulder injury

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE

**********************************************************************
HEALTH CARE DOCUMENTATION    1.9 on

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____

ACTION:

06/07/05    Lee County Detention Center    Edwin Dennis    #255612351

This 32 YOWM has had problems with his right shoulder. He dislocated when he was about sixteen. He was in a car accident when he was about twenty-five. It was dislocated then. He has had an x-ray since that showed arthritis. He has crackling when he moves his arm. It was reinjured a week and a half a way. He had somebody up over his head wrestling in his cell, they were holding onto a bar. Now he hurts in the area of the AC, biceps tendon, and anterior rotator cuff.

**Physical Exam:** He has full range of motion although it hurts to abduct the right shoulder. There is no point tenderness. He is tender in the area of the rotator cuff.

**Impression:** Chronic right shoulder problem with acute exacerbation, probably some adhesive capsulitis and rotator cuff strain or tear.

**Plan:** I talked to him at some length about the mechanism of his shoulder injury, acute and chronic, and some rehab exercises including "wall walking". He understands all this. He can intermittently use anti-inflammatory medication such as Naprosyn or Motrin. There is no surgery or specific treatment that would make everything back to normal. He needs to avoid stressful up overhead movements.

REF. TO:    PA/PHYSICIAN    MENTAL HEALTH    DENTAL

SIGNATURE    TITLE MD    DATE 6-7-05    TIME 0937

JOHN H McFARLAND MD
AM8104894
AL 11404

**Exhibit T**
**Inmate Request Slips requesting**
**stamped envelopes**

# INMATE REQUEST SLIP

Name EDWIN DENNIS      Date 11 27 05

E-6
**LOCATION**

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet
☐ Special Visit      ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  Give To Jailer

I need two stampd envelopes to write my attorney and family with please.

Do Not Write Below This Line - For Reply Only

Fwd to Sgt. Tabb - 11-22-05

GAVE INMATE TWO STAMPED ENVELOPES

Tabb 4305
11-23-05

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

## Lee County Detention Center
## INMATE REQUEST SLIP

Name: EARLZIN DENNIS    Date: Oct 30th 05    LOCATION

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [x] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

Need some stamped envelope's to write home with please.

Edwin D Dennis

**Do Not Write Below This Line - For Reply Only**

GAVE INMATE TWO STAMPED ENVELOPES

Williams
ItOcS

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

---

## Lee County Detention Center
## INMATE REQUEST SLIP

Name: Edwin Dennis    Date: Nov 4th    LOCATION

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [x] Other

Briefly Outline Your Request. Give To Jailer

Sir Tabb- Can I please get two stamped envelope's so that I can write my attorney and mother.

Edwin Dennis

**Do Not Write Below This Line - For Reply Only**

GAVE INMATE TWO STAMPED ENVELOPES

Williams
11-4-05

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

ee County Detention Center
# INMATE REQUEST SLIP

**LOCATION** E-5

Name _F. DWIN DENNIS_    Date _July 19th_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_I would like to see if I could get a couple of stamped envelope's I'm broke and need to write my mother and lawyer. Thank you_

<u>Do Not Write Below This Line</u> - For Reply Only

_GAVE INMATE TWO STAMPED ENVELOPES_

_Jail 4305_
_7/30/05_

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

—

## ...ee County Detention Cente...

# INMATE REQUEST SLI...

F-C/
**LOCATION**

Name _EDWIN DENNIS_                Date _May 3_

☐ Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet

☐ Special Visit        ☐ Personal Problem        ☐ Other

---

Briefly Outline Your Request. <u>Give To Jailer</u>

_I would like to see if it would be possible to get some Hygiene stuff and a couple of stamps. I have no money and have some legal mail that I need to mail and I would also like to write my children._

---

<u>Do Not Write Below This Line</u> - For Reply Only

_GAVE INMATE TWO STAMPED ENVELOPES_

_Jill CBOE_
_5/6/05_

---

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant              ☐ Chief Deputy              ☐ Sheriff

Date _____      Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

e County Detention Center

# INMATE REQUEST SLIP

F-4

**LOCATION**

Name _Edwin DENNIS_                    Date _March 6_

☑ Telephone Call        ☐ Doctor              ☐ Dentist          ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem    ☐ Other

---

Briefly Outline Your Request.  <u>Give To Jailer</u>

I have no way to get in touch
with anyone and let them know what
I need done. I really need to call
my girlfriend and explain my situation
to her. It is a local number also. But
it is a cell phone. Also need to call
my mother but that number is long distance

---

<u>Do Not Write Below This Line</u> - For Reply Only

IF You Need a STAMP, SPEAK with Sgt. Tabb

---

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant              ☐ Chief Deputy            ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

Name _EDWIN DEE DENNIS_   Date _Sept 16th_

**LOCATION** _E-4_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

_Would like to see if Sgt Tab will give me two stamp'd envelope's please._

<u>Do Not Write Below This Line</u> - For Reply Only

_GAVE INMATE TWO STAMPED ENVELOPES_

_Tab 430S_
_9-17-05_

Approved _____   Denied _____   Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

**Exhibit U
Inmate Request Slips requesting to
visit the law library**

Lee County Detention Center

# INMATE REQUEST SLIP

Name EDWIN DENNIS

LOCA

Date

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Tim

☐ Special Visit          ☐ Personal Problem          ☐ Other

Briefly Outline Your Request.  Give To Jailer

NEED TO VISIT LAW LIBRA

Do Not Write Below This Line - For Reply Only

Taken to Law Library on
10-25-2005 at 20:26hrs

OFC. Aaron

Approved ✓          Denied          Collect Call

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date 10-25-2005   Time Received

CORRECTION OFFICER Aaron

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION _F-2_

Name _EDWIN DENNIS_                    Date _Sept 6th_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

_Need to visit law library for research on my case._

Do Not Write Below This Line - For Reply Only

_You went on 8-16-05_

Approved _____    Denied ___X___    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _Crittenden_

FORM: LCS-038  (6/99)

F-2

' ee County Detention Cent'
# INMATE REQUEST SLIP

LOCATION

Name EDWIN DENNIS    Date Aug 15th

- ☐ Telephone Call
- ☐ Doctor
- ☐ Dentist
- ☐ Time Sheet
- ☐ Special Visit
- ☐ Personal Problem
- ☐ Other

Briefly Outline Your Request.  Give To Jailer

Need to spend time in the law library.

Do Not Write Below This Line - For Reply Only

Taken to the law library on 8-16-2005 at 2100 hrs by Red Team Nights

Approved ___✓___    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- ☐ Lieutenant
- ☐ Chief Deputy
- ☐ Sheriff

Date 8-16-2005    Time Received 18:30

CORRECTION OFFICER  Aaron  43031

FORM: LCS-038  (6/99)