# Exhibit V
# Remainder of Inmate File of
# Edwin D. Dennis, Jr.

e County Detention Center

# INMATE REQUEST SLIP

E-4

**LOCATION**

Name EDWIN DENNIS          Date March 7

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need the address for a previous employer. He is in the phone book under Jerry turner. I would appreciate it if someone could look it up for me. thank you.

<u>Do Not Write Below This Line</u> - For Reply Only

We do not do that.

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

e County Detention Cent

# INmATE REQUEST SLIp

F-4
**LOCATION**

Name _EDWIN DENNIS_     Date _4-8-05_

☑ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

I need to call my mother to ask about my fiance's who's mother died about two weeks ago and who I have not heard from since before. Also to let my mother know I have a special visit scheduled for the 16th. I do not have my mother's current address nor my fiance's.

Do Not Write Below This Line - For Reply Only

Phone up front is off limits — use phone in cell — works on same system.

4-15-05

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

...ee County Detention Cente...

# INMATE REQUEST SLI...

Lt. WELCH                                    E-6
                                         LOCATION

Name EDWIN DENNIS          Date July 29th

☐ Telephone Call     ☐ Doctor        ☐ Dentist       ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I was sentenced to 10 days lockdown for
fighting. I was put in E-6 imidiatly following
the fight for 4 days and then put back
into population. I recieved the lockdown time
while in population. I'm now in lock down
again serving the 10 days. I'd like to know
if I may get jail credit for the 4 days
I was in lockdown prior to my sentencing.

<u>Do Not Write Below This Line</u> - For Reply Only

We do not give credit for
time served before the Disciplinary
Hearing. That time is considered
Administrative Lockdown.

                              Wiltsie
                              8/1/05

Approved _____  Denied _____✓_____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

ee County Detention Center

# INMATE REQUEST SLIP

*F-4*
**LOCATION**

Name _EDWIN DENNIS_          Date _3-21-05_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☑ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

*would like to see my two Daughters who are both 12 and under. There birth cirtificates are allready on file here from 2002 when I was lest here.*

---

<u>Do Not Write Below This Line</u> - For Reply Only

*Fwd To ~~Capt~~ Sgt. TABB   3/23/05*

*SET FOR 4/16/05 @ 9:30 AM*

*Tabb 4-3-05*
*3-25-05*

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____      Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

```
;            ** V I S I T O R   M A I N T E N A N C E **          10:42:44
     ==============  =========================  ==========================
     : 050000865          BOOK DATE: 02/22/2005          STATUS: IN JAIL
     E: DENNIS EDWIN DEE II                              FACLTY: 01
     ==============================================================================
                                    RELATIONSHIP          APPROVED BY
     ------------------------------  --------------------  ---------------
  1  COURTNEY WHITTEN               COUSIN                WW
  2  LACY JOHNSON                   FRIEND                WW
  3  TAMMY COLEMAN                  FRIEND                WW
  4  CAMBRIE CHAMBERS               FRIEND                WW
```

```
                         LN# OR 99  __

EY IN LN# TO SELECT LINE TO EDIT, A=ADD NEW VISITOR, 99 OR ESC TO EXIT
```

# CANNOT CHANGE FOR SIX MONTHS!!!!

# INMATE VISITOR INFORMATION FORM 3-2-05

*ALL INFORMATION MUST BE COMPLETE AND MUST BE LEGIBLE. INFORMATION WHICH IS INCOMPLETE OR NOT LEGIBLE WILL RESULT IN THAT PERSON NOT BEING LISTED ON YOUR VISITATION CARD. NEWLY ARRIVED INMATES ARE NOT ELIGIBLE FOR VISITATION DURING THEIR FIRST SEVEN DAYS AT THE LEE COUNTY DETENTION CENTER IN ORDER TO ALLOW TIME FOR A BACKGROUND CHECK TO BE CONDUCTED ON THE VISITORS LISTED BELOW. VISITATION IS A PRIVILEGE AND MAY BE RESTRICTED OR WITHDRAWN AT ANY TIME.*

**INMATE NAME** Edwin Dee Dennis Jr    **CELL#** F-4

*VISITOR #1*

**NAME** Tammy Sanders    **RELATIONSHIP** Girlfriend

**ADDRESS** 1805 47th Street    **CITY** Valley    **STATE** AL

**TELEPHONE** 334-332-0584

*VISITOR #2*

**NAME** Margaret Dennis    **RELATIONSHIP** Mother

**ADDRESS** 2155 Lot 15A Co Rd 388    **CITY** Valley    **STATE** AL

**TELEPHONE** 756-5612

*VISITOR #3*

**NAME** Kayla Mary Dennis    **RELATIONSHIP** Daughter

**ADDRESS** 2155 Lot 15A Co Rd 388    **CITY** Valley AL    **STATE** AL

**TELEPHONE** 756 5612

*VISITOR #4*

**NAME** Brittany Leann Dennis    **RELATIONSHIP** Daughter

**ADDRESS** "    "    "    **CITY**    **STATE** "

**TELEPHONE** "    "    "

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | ORDER<br>ON INITIAL APPEARANCE | Case Number |
|---|---|---|

IN THE _____CIRCUIT_____ COURT OF _____LEE COUNTY_____, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___EDWIN DEE DENNIS, II___
                                              **Defendant**

The above-named defendant, charged with the criminal offense(s) of ___MANUF. CONT. SUB.; TRAFF. METH.___,
was duly brought before the Court for initial appearance on ___FEBRUARY 23, 2005___, at ___11:00___ o'clock ___A___.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☑ 1. Name and address of defendant.
   ____ (a) Ascertained the true name and address of the defendant to be:
        _2155 Lot 154_
        _County Rd 388 Valley Al_
   ____ (b) Amended the formal charges to reflect defendant's true name
   ____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
    of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested   ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was
    ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.

☑ 5. Bail
   ____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
   ____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
        conditions:
        ____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ____ 2.) Execution of a secured appearance bond in the amount of $ _55,000.00_.
        ____ 3.) Other conditions (specify) _____
             _____
             _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☑ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
    an _____ (date) at _____ o'clock ____.m.
    ____ (a) Notified the District Court that such demand was made.
    ____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
_____

2-23-05

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE (Felony) | Case Number |
|---|---|---|
| Form C-81          11/91 | | |

IN THE _____CIRCUIT_____ COURT OF _____LEE_____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v. ____EDWIN DEE DENNIS, II_____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of ____MANUF. CONT. SUB.; TRAFF. METH_____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
   _____
   _____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: ___2-23-05___                    _____
                                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: ___2-23-05___                    _____
                                              Defendant

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                                  LEE COUNTY
                             TRANSCRIPT OF RECORD
                              CONVICTION REPORT
                                        CC 2001 000619.00 01
                                        HON. JACOB A. WALKER III
-----------------------------------------------------------------------
| CIRCUIT COURT OF LEE COUNTY                COURT ORI: 043015 J       |
|---------------------------------------------------------------------|
| STATE OF ALABAMA      VS.               DC NO: GJ 2001 000252.00     |
| DENNIS EDWIN DEE (II)     ALIAS:        G J:  232                    |
| 2155 CO RD 388 #13A       ALIAS:        SSN:  255612351              |
| VALLEY  AL  36854                       SID:  000000000              |
|                                         AIS:                         |
|---------------------------------------------------------------------|
| DOB: 11/27/1972   SEX: M  HT: 5 11   WT: 170  HAIR: BRO  EYE: BRO    |
| RACE: (X)W ( )B ( )O  COMPLEXION: _____ AGE: _____ FEATURES: ____  |
|---------------------------------------------------------------------|
| DATE OFFENSE: 00/00/0000  ARREST DATE: 04/26/2001  ARREST ORI: 0430000 |
|---------------------------------------------------------------------|
| CHARGES @ CONV      CITES        CT CL COURT ACTION      CA DATE     |
| POSS/REC CONTR. SU 13A-012-212   01 C  GUILTY PLEA       11/05/2002  |
|                                  00                      00/00/0000  |
|                                  00                      00/00/0000  |
|---------------------------------------------------------------------|
| JUDGE: HON. JACOB A. WALKER III    PROSECUTOR: ABBETT NICK           |
|---------------------------------------------------------------------|
| PROBATION APPLIED  GRANTED DATE    REARRESTED DATE  REVOKED  DATE    |
| ( )Y(X)N  11-5-02 ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N ____    |
|---------------------------------------------------------------------|
| 15-18-8, CODE OF ALA 1975  IMPOSED  SUSPENDED  TOTAL  JAIL CREDIT    |
| ( )Y (X)N  CONFINEMENT: 07 00 000  00 00 000  07 00 000  00 00 158   |
|            PROBATION : 00 00 000  00 00 000  00 00 000               |
| DATE SENTENCED: 11/05/2002   SENTENCE BEGINS: 11/05/2002             |
|---------------------------------------------------------------------|
| PROVISIONS          COSTS/RESTITUTION        DUE        ORDERED      |
|                                                                     |
| PENITENTIARY        RESTITUTION         $0.00         $0.00         |
| DOC/SAPP PGM        ATTORNEY FEE      $500.00       $500.00         |
| DRUG               CRIME VICTIMS      $50.00        $50.00          |
|                    COST              $290.00       $290.00          |
|                    FINE             $1000.00      $1000.00          |
|                    MUNICIPAL FEES      $0.00         $0.00          |
|                    DRUG FEES        $1160.00      $1160.00          |
|                    ADDTL DEFENDANT     $0.00         $0.00          |
|                    DA FEES             $0.00         $0.00          |
|                    COLLECTION ACCT     $0.00         $0.00          |
|                    JAIL FEES           $0.00         $0.00          |
|                                                                     |
|                    TOTAL            $3000.00      $3000.00          |
|---------------------------------------------------------------------|
| APPEAL DATE      SUSPENDED      AFFIRMED         REARREST            |
| ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____   |
|---------------------------------------------------------------------|
| REMARKS:                    THIS IS TO CERTIFY THAT THE             |
|                             ABOVE INFORMATION WAS EXTRACTED         |
|                             FROM OFFICIAL COURT RECORDS             |
|                             AND IS TRUE AND CORRECT.                |
|                                                                     |
|                                                                     |
|                             CORINNE T. HURST                        |
|                                                                     |
|                             11/08/2002                              |
-----------------------------------------------------------------------
OPERATOR: LEW
PREPARED: 11/08/2002
```

```
                        ALABAMA DEPARTMENT OF CORRECTIONS          INST:  241
BR716-3                 INMATE SUMMARY AS OF 11/20/2002            CODE: CIADM


******************************************************************************

IS: 00210963A   INMATE: DENNIS, EDWIN DEE II              RACE: W  SEX: M

NSTITUTION: 241 - LEE                            JAIL CR: 000Y 05M 08D

OB: 11/27/1972  SSN: 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

LIAS: "DJ",                              ALIAS: DENNIS, EDWIN DEE JR

OM DT: 11/05/2002 DEAD TIME: 000Y 00M 00D

OM TYP: NEW COMIT FROM CRT W/O REV OF      STAT: NEW COMIT FROM CRT W/O REV OF

URRENT CUST: OTW-3   CURRENT CUST DT: 11/05/2002  PAROLE REVIEW DATE: - NONE -

ECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

ERVING UNDER ACT446 LAW IN CLASS II         CURRENT CLASS DATE:   11/05/2002
NMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

OUNTY       SENT DT  CASE NO  CRIME                    JL-CR     TERM
EE          11/05/02 N01000619 UNLAWFUL POSSESSION CONTRO  0158D 007Y 00M 00D CS
                              REC CONTR SUB
            ATTORNEY FEES : $000500    HABITUAL OFFENDER : N
            COURT COSTS   : $0000290   FINES : $0001000   RESTITUTION : $0001210

TOTAL TERM      MIN REL DT    GOOD TIME BAL     GOOD TIME REV     LONG DATE
07Y 00M 00D     11/07/2004    000Y 01M 10D      000Y 00M 00D      05/25/2009

NMATE LITERAL: ATTEND SAP
******************************************************************************

ETAINER WARRANTS SUMMARY
   INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
******************************************************************************

SCAPEE-PAROLE SUMMARY

   INMATE CONVICTED ON 04/17/2000 FOR ESCAPE II

   INMATE CURRENTLY HAS NO PAROLE RECORDS

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

   INMATE HAS NO ESCAPES FROM ALABAMA D.O.C.
   SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
******************************************************************************

ISCIPLINARY/CITATION SUMMARY

   INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

Lee County Detention Center
# INMATE REQUEST SLIP

*E-4*
**LOCATION**

Name _EDWIN DENNIS_ Date _3 3 03_

☐ Telephone Call ☐ Doctor ☐ Dentist ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I would like to Ask mrs. witt
to please try to put me on
the next train to tilby. I've had
my time since NoVo I have to
attend Sap also before I am
eligable for any kind of early
release program. Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

We Have No Control over Who Goes
D.o.c Calls By Name Who they
want

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

.ee County Detention Center

# INMATE REQUEST SLIP

**LOCATION** E-4

Name _EDWIN DENNIS_    Date _2-14_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. _Give To Jailer_

c/o

I would like to see if Tab could please set up a special visit for my two daughters. Thank you.

Do Not Write Below This Line - For Reply Only

Sgt Fer 3/1/03 @ 8:30 Am

Jill 4305
2/17/03

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

EE COUNTY DETENTION CENT.
DISCIPLINARY REPORT
(Form #28)

Inmate __Dennis, Edwin__ Custody __Medium__ Number __12908__
     Last     First     Middle

Assignment _____C1_____ is being charged by __Sgt. Tabb__

With rule violation __C-4 Having or have had unauthorized drugs.__

on or about ____1-16-2003____ XXX , Time __2100__ a.m./p.m. Location ___LCDC___

Circumstances are as follows: __That you tested positive for methamphetamine use.__

MAJOR     _____
MINOR     _____
SERIOUS     __X__          Signature of Arresting Officer
Notifying Officer: _____          Time & Date notified: _0510 22 Jan 03_
Inmate's Signature _____          Witnesses desired: NO __X__ If YES, (List) _____

Circumstances Investigated By: _____
Hearing date _____ Time _____ Plea ( ) Guilty     ( ) Not Guilty
If guilty, inmate must affix signature _____

Committee Findings & Reasons: _____

Committee Recomendations: _____

Witnesses: _____

          Signature of Chairman _____

          Signature, Member _____

          Signature, Member _____

Copy delivered to inmate: Date _____ Time _____ Inmate's Signature _____
Action - Date ___1-29-03___          Appeal - Date (attach copy) _____
Approved _____          Approved _____
Disapproved _____          Denied _____
Other (Specify) _____          Other (Specify) _____

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
### (Form #29)

*TO:*  Edwin Dennis                    *DATE:*  1-17-2003

*YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:*

C-4  Having or have had unauthorized drugs.

*YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):*

Sgt. Tabb

*THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:*

You tested positive for meth use.

*THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:*

Twentyone days lockdown and loss of all privileges.

*YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING.  SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.*

22/Jan 03  0510
*DATE & TIME OF NOTIFICATION*          Sgt. Tabb
                                      *OFFICER MAKING REPORT*

Lee County Detention Center
# INMATE REQUEST SLIP

E-4
**LOCATION**

Name _EDWIN DENNIS_    Date _JAN 31_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. Give To Jailer    Miss Witt

I need a greivance form. I recieved a disciplinary paper around the 20th of this month. Almost 9 days later I was reserved the same disciplinary and was told to plead guilty to make it easier on myself. The rule book says that I'm supposed to go to court within 72 hours. Please look into this

Do Not Write Below This Line - For Reply Only    Sparks served the first. Padgett the second.

You Pled guilty on your own. No one Said you HAD To. You WERE AskED IF you WANTED witnesses, you Pled guilty.

2-3-03

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _01-31-03_    Time Received _2100_

CORRECTION OFFICER _Evans_

FORM: LCS-038 (6/99)

Lee County Detention Cente

# INMATE REQUEST SLIP

C-1
**LOCATION**

Name _Edwin Dennis_          Date _Jan 15 02_

☐ Telephone Call      ☐ Doctor          ☐ Dentist      ☐ Time Sheet

☑ Special Visit        ☐ Personal Problem              ☐ Other

Briefly Outline Your Request.  Give To Jailer

_I need to speak with officer
Tab about possibly arranging
a special visit. Please._

_Thank you._

Do Not Write Below This Line - For Reply Only

_Set for 1/25/03 @ 9:00 Am_

_Jake 4305_
_1-15-03_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center

# INMATE REQUEST SLIP

_E-S_
**LOCATION**

Name _Edwin Dennis_      Date _11 24 02_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

_I would like to be considered for trustee. Thank you._

<u>Do Not Write Below This Line</u> - For Reply Only

_At this time there are no positions available_

_Sgt. Welch_
_11-26-02_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

Name _Edwin Dennis_          Date _11 25 02_

**LOCATION**

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer

_I would like to know if_
_I have any open cases and_
_IF I do what they are please._

Do Not Write Below This Line - For Reply Only

_Fwd To Sgt. Welch 11-25-02 ✓_
_You don't have any pending_
_cases_

_Sgt. Welch_
_11-26-02_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

```
07:43 11/04/2002 024264
AM.AL0120001.AL0430000.

TO LEE COUNTY SO
FROM CHAMBERS COUNTY SO
IN RE: DENNIS,EDWIN, W/M, DOB
11-27-1972, SSN 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
WE HOLD 10-29'S ON THIS SUBJECT FOR CHILD SUPPORT;
REQUEST YOUR
AGENCY TO PLACE HOLD ON HIM FOR OUR AGENCY. PLEASE ACKNOWLEDGE
TELETYPE. THANK-YOU
AUTHORIZATION: D. HELTON
OPERATOR: OFFICER
HORNSBY
11-04-2002


SEQ # 0051 MRI # 024264
```

07:47 11/04/2002 024618
AM.AL0430000.AL0430000,AL0120001.

To: Chambers County SO
Fr: Lee County SO

re: dennis, edwin w/m dob/11-27-1972

Recieved the tty on above subject and hold has been placed for your
department.

Auth/McCutcheon     Oper/Powell

SEQ # 0052 MRI # 024618

22:40 11/01/2002 157711
AM.AL0120001.AL0430000.

FRM CHAMBERS COUNTY SHERIFF PLACE HOLD ON EDWIN D DENNIS III W/M DOB 11-27-72
CHAMBERS COUNTY HOLDS CHILD SUPPORT WARRANTS ON SUBJ.

D.SMITH

SEQ # 0112 MRI # 157711

```
                          LEE COUNTY SHERIFF'S OFFICE
03/12/2003    00:14:55       INMATE RELEASE SHEET              PAGE   1
=================================================================
BOOKING NO: 020003908

INMATE NAME: DENNIS EDWIN DEE II
        ALIAS:                              RACE: W      SEX: M
        ALIAS:                              HT: 5'11"  HAIR: BRO
      ADDRESS: 2155 #13A CO RD 388          WT: 170    EYES: BRO
CITY/ST/ZIP: VALLEY, AL 36854          COMPLEX:
HOME PHONE: 334-756-5612                 SSN: 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
        DOB: 11/27/1972  AGE:  30       DL ST: AL    DLN: 01234216
  PLCE BIRTH: LAGRANGE                    SID:
        STATE: GA                       LOCID: 12908
  M. STATUS:
   RELIGION: CHRISTIAN
  GANG ASSOC: NO
  SCARS/TATTOOS: TAT    BODILY
  KNOWN ENEMIES:
      REMARKS:
------------------------- NEXT OF KIN ------------------------------
  NEXT OF KIN: MARGARET DENNIS          RELATIONSHIP: MOTHER
      ADDRESS: CO RD 500                     PHONE: 334-756-5612
  CITY/ST/ZIP: VALLEY, AL 36854
      REMARKS:
------------------------- EMPLOYER INFO ----------------------------
     EMPLOYED: N
EMPLOYER NAME:
      ADDRESS:
  CITY/ST/ZIP: ,
      PHONE: 000-000-0000
------------------------- MEDICAL ----------------------------------
  HANDICAPPED:        NEEDS: NO
     GLASSES: N   SMOKE: Y
MEDICAL NEEDS: N   NEEDS:
   PHYSICIAN:                      PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------- PROPERTY ---------------------------------
        CASH:        $00.00
  DESCRIPTION:
ADD. PROPERTY: SOUP   UNDERWEAR PAPERS
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: 192
  VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
=================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X Edwin Dennis      DATE:_____  TIME:_____

BOOK OFFICER: Tarbert 4/3/03   DATE:_____  TIME:_____
```

```
                            ...E COUNTY SHERIFF'S OFFICE
 )3/12/2003     00:14:55         INMATE RELEASE SHEET                    PAGE    2
================================================================================
 BOOKING NO: 020003908     INMATE NAME: DENNIS EDWIN DEE II
================================================================================
           COURT:                        ATTORNEY ON REC:
           JUDGE:                              PHONE: 000-000-0000
       REMARKS:
       REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 08/30/2002  BOOK TIME: 21:48  BOOK TYPE: NORMAL

    ARREST DATE: 08/30/2002            BOOKING OFFICER: WOODSON
    ARREST DEPT: LCSO                  CELL ASSIGNMENT:
  ARRST OFFICER: GRIFFITH                    MEAL CODE: 02   STATE
  PROJ. RLSDATE: 00/00/0000                   FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: THREAT                  CLASSIFICATION:
   TYPE SEARCH: STRIP                   WORK RELEASE: N
 [NTOX RESULTS:


        HOLDS: Y
       AGENCY: CHAMBERS CO      REASON: CHILD SUPPORT
       AGENCY:                  REASON:
       AGENCY:                  REASON:
       AGENCY:                  REASON:


        NOTES:
        NOTES:
        NOTES:
================================================================================
 RELEASE DATE: 03/12/2003  RELEASE TIME: 00:14   # DAYS SERVED:  195

 RELEASE OFFICER: TORBERT 43D32
        REMARKS: KILBY TRANSPORT
        REMARKS:
        REMARKS:
================================================================================
 [ HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
 [NFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: X _Edwin Dennis_____   DATE:_____   TIME:_____

BOOK OFFICER: _Torbert 43D32____  DATE:_____   TIME:_____

```
                          LEE COUNTY SHERIFF'S OFFICE
03/12/2003    00:14:55         INMATE CHARGE SHEET              PAGE    3
=============================================================================
BOOKING NO: 020003908    INMATE NAME: DENNIS EDWIN DEE II
=============================================================================
  CHARGE NO:   1  DISPOSITION: DROPPED            HOLD: N

ALA STATUTE:                         # OF COUNTS:   1
     OFFENSE: RECKLESS DRIVING         WARRANT #:
      CASE #:
    BOND AMT: 500                          FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002             ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   2  DISPOSITION: DROPPED            HOLD: N

ALA STATUTE:                         # OF COUNTS:   1
     OFFENSE: POSS DRUG  PARAP         WARRANT #:
      CASE #:
    BOND AMT: 1000                         FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002             ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:   3  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                         # OF COUNTS:   1
     OFFENSE: 30 DAYS(ATT ELUDE)       WARRANT #:
      CASE #: DC02-2785
    BOND AMT: 1000                         FINE:        $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 09/17/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002             ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT: DISTRICT                     JUDGE: NIX
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                              LEE COUNTY SHERIFF'S OFFICE
03/12/2003      00:14:55        INMATE CHARGE SHEET                    PAGE    4
==================================================================================
BOOKING NO: 020003908      INMATE NAME: DENNIS EDWIN DEE II
==================================================================================
  CHARGE NO:  4  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                            # OF COUNTS:   1
     OFFENSE: POSS OFMARIJ 2 ND           WARRANT #:
       CASE #:
    BOND AMT: 1000                              FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                     COUNTY: LEE
       COURT:                              JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  5  DISPOSITION: DROPPED            HOLD: N

ALA STATUTE:                            # OF COUNTS:   1
     OFFENSE: SPEEDING                     WARRANT #:
       CASE #:
    BOND AMT: 100                               FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                     COUNTY: LEE
       COURT:                              JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGE NO:  6  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                            # OF COUNTS:   1
     OFFENSE: DWLR                         WARRANT #:
       CASE #:
    BOND AMT: 300                               FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
ARST OFFICR:                              COUNTY: LEE
       COURT:                              JUDGE:
DEF ATTORNY:                         DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                            LEE COUNTY SHERIFF'S OFFICE
03/12/2003    00:14:55       INMATE CHARGE SHEET                    PAGE    5
==============================================================================
BOOKING NO: 020003908    INMATE NAME: DENNIS EDWIN DEE II
==============================================================================
    CHARGE NO:  7 DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                       # OF COUNTS:   1
     OFFENSE: 60 DAYS(ATT ELUDE)     WARRANT #:
      CASE #: DC02-2788
     BOND AMT:                             FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 09/17/2002
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT: DISTRICT                    JUDGE: NIX
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
    CHARGE NO:  8 DISPOSITION: DROPPED           HOLD: N

ALA STATUTE: CC01-618              # OF COUNTS:   1
     OFFENSE: FTA                    WARRANT #:
      CASE #: CC01-618
     BOND AMT: O                            FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
    CHARGE NO:  9 DISPOSITION: DROPPED           HOLD: N

ALA STATUTE: CC01-620              # OF COUNTS:   1
     OFFENSE: FTA                    WARRANT #:
      CASE #: CC01-620
     BOND AMT: O                            FINE:      $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                       DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
------------------------------------------------------------------------------
```

```
                          LEE COUNTY SHERIFF'S OFFICE
03/12/2003    00:14:55        INMATE CHARGE SHEET                PAGE    6
================================================================================
BOOKING NO: 020003908    INMATE NAME: DENNIS EDWIN DEE II
================================================================================
  CHARGE NO:  10  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE: CC01-619              # OF COUNTS:   1
    OFFENSE: FTA                      WARRANT #:
     CASE #: CC01-619
    BOND AMT: O                            FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002           ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                  COUNTY: LEE
      COURT:                            JUDGE: WALKER
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
  CHARGE NO:  11  DISPOSITION: SENTENCED          HOLD: N

ALA STATUTE:                       # OF COUNTS:   1
    OFFENSE: POSS METH/ 7 YRS         WARRANT #:
     CASE #:
    BOND AMT:                              FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 00/00/0000           ARST AGENCY:
ARST OFFICR:                           COUNTY:
      COURT:                            JUDGE:
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
  CHARGE NO:  12  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: TR01-2684             # OF COUNTS:   1
    OFFENSE: FTA/DWLS                 WARRANT #:
     CASE #: TR01-2684
    BOND AMT: 500                          FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 00/00/0000          SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/10/2002           ARST AGENCY: LCSO
ARST OFFICR: FULGHAM                   COUNTY:
      COURT:                            JUDGE: NIX
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS: ORD RLSE
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
                              LEE COUNTY SHERIFF'S OFFICE
03/12/2003    00:14:55         INMATE CHARGE SHEET                    PAGE      7
==================================================================================
BOOKING NO: 020003908        INMATE NAME: DENNIS EDWIN DEE II
==================================================================================
   CHARGE NO:  13  DISPOSITION: RELEASED           HOLD: N

ALA STATUTE: TR01-2683                # OF COUNTS:    1
    OFFENSE: FTA/NO SEAT BELT           WARRANT #:
     CASE #: TR01-2683
   BOND AMT: 500                             FINE:        $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000           SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 12/10/2002             ARST AGENCY: LCSO
ARST OFFICR: FULGHAM                     COUNTY:
      COURT:                              JUDGE: NIX
DEF ATTORNY:                      DIST ATTORNEY:
   COMMENTS: ORD RLSE
   COMMENTS:
   COMMENTS:
----------------------------------------------------------------------------------
```

| STATE OF ALABAMA | | CASE NUMBER |
|---|---|---|
| STATE OF ALABAMA<br>UNIFIED JUDICIAL SYSTEM<br>LEE COUNTY FORM CC-30 | COMMITTAL TO CUSTODY | CC-01-617 |
| | | ID     YR     Case No. |

State of Alabama _____                *
                                                *     IN THE _Circuit_ _____ COURT OF

---

| State of Alabama<br>Unified Judicial System<br>Form C-42     Rev 6/88 | **ORDER OF RELEASE<br>FROM JAIL** | Case Number<br>TR-01-283<br>TR-01-284 |
|---|---|---|

IN THE ___DISTRICT___ _____ COURT OF ___LEE___ COUNTY

STATE OF ALABAMA          v.  ___Edwin Dee Dennis II___

**TO THE JAILER WITH CUSTODY OF THE DEFENDANT**

You are ordered to release from your custody the above named defendant, charged with the offense of _TA/no_
_seat belt and FTA/DWLS_

Reason for Release  _placed on probation_

Date ___1/7/03___                          _____ By: _____

COURT RECORD (Original)     JAILER (Copy)     Judge/Clerk

_____ JUDGE

```
                        LE COUNTY SHERIFF'S OFFICE
  30/2002    22:24:40        INMATE BOOKING SHEET                   PAGE    2
========================================================================
 KING NO: 020003908    INMATE NAME: DENNIS EDWIN DEE II
========================================================================
          COURT:                    ATTORNEY ON REC:
          JUDGE:                         PHONE: 000-000-0000
        REMARKS:
        REMARKS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    BOOK DATE: 08/30/2002  BOOK TIME: 21:48  BOOK TYPE: NORMAL

   ARREST DATE: 08/30/2002    BOOKING OFFICER: WOODSON
   ARREST DEPT: LCSO         CELL ASSIGNMENT: D4
 ARRST OFFICER: GRIFFITH           MEAL CODE: 01   LEE COUNTY
 PROJ. RLSDATE: 00/00/0000          FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: THREAT          CLASSIFICATION:
   TYPE SEARCH: STRIP           WORK RELEASE: N
 INTOX RESULTS:

        HOLDS: N
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:
       AGENCY:                REASON:

        NOTES:
        NOTES:
        NOTES:
```

```
                        ᴸE COUNTY SHERIFF'S OFFICE
   0/2002      22:24:40         INMATE CHARGE SHEET                  PAGE    3
  :==========================================================================
  ᴷING NO: 020003908      INMATE NAME: DENNIS EDWIN DEE II
  ==========================================================================
 ᴄHARGE NO:   1  DISPOSITION: OPEN                 HOLD: N

  ᴸA STATUTE: HELD                   # OF COUNTS:    1
      OFFENSE: RECKLESS DRIVING         WARRANT #:
       CASE #: 02082531
     BOND AMT: 500                                  FINE:      $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
  ARST OFFICR: GRIFFITH                     COUNTY: LEE
        COURT:                                JUDGE:
  DEF ATTORNY:                        DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS:            Nol Prossed  -----------------------------------
 ------------------------------
    CHARGE NO:   2  DISPOSITION: OPEN                 HOLD: N

  ALA STATUTE: HELD                   # OF COUNTS:    1
      OFFENSE: POSS DRUG  PARAP         WARRANT #:
       CASE #: 02082531
     BOND AMT: 1000                                 FINE:      $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
  ARST OFFICR: GRIFFITH                     COUNTY: LEE
        COURT:                                JUDGE:
  DEF ATTORNY:                        DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS:             Nol Prossed  ----------------------------------
 ------------------------------
    CHARGE NO:   3  DISPOSITION: OPEN                 HOLD: N

  ALA STATUTE: HELD                   # OF COUNTS:    1
      OFFENSE: ATT TO ELUDE             WARRANT #:
       CASE #: 02082531
     BOND AMT: 1000                                 FINE:      $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 08/30/2002              ARST AGENCY: LCSO
  ARST OFFICR: GRIFFITH                     COUNTY: LEE
        COURT:                                JUDGE:
  DEF ATTORNY:                        DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS:
 ------------------------------------------------------------------------
```

```
                            ᴸE COUNTY SHERIFF'S OFFICE
 30/2002     22:24:40          INMATE CHARGE SHEET                    PAGE    4
========================================================================
OOKING NO: 020003908     INMATE NAME: DENNIS EDWIN DEE II
========================================================================
   CHARGE NO:   4  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: HELD                     # OF COUNTS:   1
     OFFENSE: POSS OFMARIJ 2 ND        WARRANT #:
        CASE #: 02082531
     BOND AMT: 1000                       FINE:        $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002             ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:         To pay court cost
----------------------------------------------------------------------
   CHARGE NO:   5  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: HELD                     # OF COUNTS:   1
     OFFENSE: SPEEDING                 WARRANT #:
        CASE #: 02082531
     BOND AMT: 100           ✓            FINE:        $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002             ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                    COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:        Nol Prossed
----------------------------------------------------------------------
   CHARGE NO:   6  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: HELD                     # OF COUNTS:   1
     OFFENSE: DWLR                     WARRANT #:
        CASE #: 02082531
     BOND AMT: 300                        FINE:        $0.00
     BAIL AMT:
INIT APPEAR: 00/00/0000            SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002             ARST AGENCY: LCSO
ARST OFFICR:                             COUNTY: LEE
       COURT:                             JUDGE:
DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:        To pay court cost
----------------------------------------------------------------------
```

```
                        .E COUNTY SHERIFF'S OFFICE
  /30/2002    22:24:40       INMATE CHARGE SHEET              PAGE    5
========================================================================
.OOKING NO: 020003908    INMATE NAME: DENNIS EDWIN DEE II
========================================================================
  CHARGE NO:   7 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: HELD                   # OF COUNTS:   1
    OFFENSE: ATT TO ELUDE             WARRANT #:
     CASE #: 02082531
   BOND AMT: 1000                        FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002            ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                  COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
-----------------------------------------------------------------------
  CHARGE NO:   8 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: HELD                   # OF COUNTS:   1
    OFFENSE: FTA                      WARRANT #: CC200100061800
     CASE #:
   BOND AMT: O                           FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002            ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                  COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:        Nol Prossed
-----------------------------------------------------------------------
  CHARGE NO:   9 DISPOSITION: OPEN              HOLD: N

ALA STATUTE: HELD                   # OF COUNTS:   1
    OFFENSE: FTA                      WARRANT #: CC200100062000
     CASE #:
   BOND AMT: O                           FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 08/30/2002            ARST AGENCY: LCSO
ARST OFFICR: GRIFFITH                  COUNTY: LEE
      COURT:                            JUDGE:
DEF ATTORNY:                     DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:        Nol Prossed
-----------------------------------------------------------------------
```

```
                          _E COUNTY SHERIFF'S OFFICE
 08/30/2002      22:24:40      INMATE CHARGE SHEET                 PAGE     6
===============================================================================
BOOKING NO: 020003908      INMATE NAME: DENNIS EDWIN DEE II
===============================================================================
   CHARGE NO:  10  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: HELD                 # OF COUNTS:   1
     OFFENSE: FTA                  WARRANT #:  CC200100061900
        CASE #:
     BOND AMT: O                        FINE:      $0.00
     BAIL AMT:
  INIT APPEAR: 00/00/0000        SENTENCE DATE: 00/00/0000
  RELEASE DTE: 00/00/0000
  ARREST DATE: 08/30/2002          ARST AGENCY: LCSO
  ARST OFFICR: GRIFFITH                COUNTY: LEE
        COURT:                          JUDGE: WALKER
  DEF ATTORNY:                    DIST ATTORNEY:
     COMMENTS:
     COMMENTS:
     COMMENTS:
```

_7 years_

--------------------------------------------------------------------

_TFOI-2683    FTA- No Seat Belt      500    added 12-10-02_

_TFOI-2684    FTA-DWLS      500_

```
                              LEE COUNTY SHERIFF'S OFFICE
08/30/2002     22:24:40      MEDICAL SCREENING FORM                   PAGE 1
===============================================================================
Booking No: 020003908  Date: 08/30/2002   Time: 21:48   Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: DENNIS EDWIN DEE II                    Race: W        Sex: M
     DOB: 11/27/1972 Age:  29  SSN: 255 61 2351  Height: 5'11"  Weight: 170
-------------------------------------------------------------------------------
```

N  1. Is inmate unconscious?

N  2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

N  3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

N  4. Any signs of poor skin condition, vermin, rashes or needle marks?

N  5. Does inmate appear to be under the influence of drugs or alcohol?

N  6. Any visible signs of alcohol or drug withdrawal?

N  7. Does inmate's behavior suggest the risk of suicide or assault?

N  8. Is inmate carrying any medication?

N  9. Does the inmate have any physical deformities?

N  10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

| | | |
|---|---|---|
| N a. Allergies | N f. Fainting Spells | N k. Seizures |
| Y b. Arthritis | N g. Hearing Condition | N l. Tuberculosis |
| N c. Asthma | Y h. Hepatitis | Y m. Ulcers |
| N d. Diabetes | N i. High Blood Pressure | N n. Venereal Disease |
| N e. Epilepsy | N j. Psychiatric Disorder | Y o. Other (Specify) |

Other: Cancer runs in the family _____

_____

_____

12. For females only:

_____ a. Are you pregnant?

_____ b. Do you take birth control pills?

_____ c. Have you recently delivered?

```
                          .LE COUNTY SHERIFF'S OFFICE
08/30/2002    22:24:40    MEDICAL SCREENING FORM              PAGE 2
=====================================================================
Booking No: 020003908  Date: 08/30/2002  Time: 21:48  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: DENNIS EDWIN DEE II              Race: W        Sex: M
     DOB: 11/27/1972 Age:  29  SSN: 255 61 2351  Height: 5'11"  Weight: 170
---------------------------------------------------------------------
```

N  13.  Have you recently been hospitalized or treated by a doctor?

Y  14.  Do you currently take any non-prescription medication or medication prescribed by a doctor?

N  15.  Are you allergic to any medication?

N  16.  Do you have any handicaps or conditions that limit activity?

N  17.  Have you ever attempted suicide or are you thinking about it now?

N  18.  Do you regularly use alcohol or street drugs?

N  19.  Do you have any problems when you stop drinking or using drugs?

N  20.  Do you have a special diet prescribed by a physician?

N  21.  Do you have any problems or pain with your teeth?

N  22.  Do you have any other medical problems we should know about?

LH, Lodine, Prozac, Klionopine, Senaquon

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: *Edwin D Dennis II*          DATE:_____  TIME:_____

BOOK OFFICER:_____    DATE:_____  TIME:_____

```
                         LEE COUNTY SHERIFF'S OFFICE
04/26/2001    00:35:18       INMATE RELEASE SHEET              PAGE      1
=================================================================================
BOOKING NO: 010001701

INMATE NAME: DENNIS, EDWIN DEE II                RACE: W      SEX: M
      ALIAS:                                       HT: 5'11" HAIR: BRO
      ALIAS:                                       WT: 170   EYES: BRO
    ADDRESS: 2155 #13A CO RD 388               COMPLEX:
 CITY/ST/ZIP: VALLEY, AL 36854                   SSN: 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
 HOME PHONE: 334-756-5612                      DL ST: AL      DLN: 01234216
        DOB: 11/27/1972   AGE:  28               SID:
  PLCE BIRTH: LAGRANGE                          LOCID: 12908
      STATE: GA
 GANG ASSOC:
 SCARS/TATTOOS:
 KNOWN ENEMIES:
    REMARKS:
  NEXT OF KIN: MARGARET DENNIS                 RELATIONSHIP: MOTHER
    ADDRESS: CO RD 500                            PHONE: 334-756-5612
 CITY/ST/ZIP: VALLEY, AL 36854
    REMARKS:
---------------------------------------------------------------------------------
PROPERTY
       CASH:      $08.10
 DESCRIPTION: $6.00 CURRENCY $2.10 CHANGE
ADD. PROPERTY: HAT,KNIFE HOLTER,BELT,2-SCREWS
ADD. PROPERTY: CUT OFF SHORTS
ADD. PROPERTY:
    REMARKS:
---------------------------------------------------------------------------------
   BOOK DATE: 04/25/2001  BOOK TIME: 20:10  BOOK TYPE: NORMAL

 ARREST DATE: 00/00/0000              BOOKING OFFICER: MILNER
 ARREST DEPT: LCSO                    CELL ASSIGNMENT: HC3
ARRST OFFICER: JORDAN                      MEAL CODE: 01   LEE COUNTY
      HOLDS: N
    AGENCY:                   REASON:
    AGENCY:                   REASON:
    AGENCY:                   REASON:
    AGENCY:                   REASON:

    NOTES:
    NOTES:
    NOTES:
=================================================================================
 RELEASE DATE: 04/26/2001  RELEASE TIME: 00:33   # DAYS SERVED:     2

 RELEASE OFFICER: MILNER
    REMARKS: NCIC CLEAR PER DONNA
    REMARKS:
    REMARKS:
=================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _____    DATE: _____   TIME: _____

RLSE OFFICER: _____   DATE: 04/26/01  TIME: 0038
```

```
                           LEE COUNTY SHERIFF'S OFFICE
04/26/2001    00:35:18          INMATE CHARGE SHEET                    PAGE    2
================================================================================
BOOKING NO: 010001701

INMATE NAME: DENNIS, EDWIN DEE II
--------------------------------------------------------------------------------
NO  DESCRIPTION        CHARGE              BOND AMOUNT

01                     POSS PRECUSOR CHEMIC  5000.00
02                     POSS FIREARM          3000.00
03                     POSS CTRL SUB         3000.00
04
05
06
07
08
09
10

NOTES:
NOTES:
NOTES:
NOTES:
--------------------------------------------------------------------------------
NO  TYPE OF RELEASE            RELEASE AGENCY           RELEASE INFO

01  PROFESSIONAL BOND          EASTERN BAIL BONDING
02  PROFESSIONAL BOND          EASTER BAIL BONDING
03  PROFESSIONAL BOND          EASTERN BAIL BONDING
04
05
06
07
08
09
10
```

```
                        LEE COUNTY SHERIFF'S OFFICE
04/25/2001    20:25:10        INMATE BOOKING SHEET                    PAGE    1
=================================================================================
BOOKING NO: 010001701

INMATE NAME: DENNIS, EDWIN DEE II
      ALIAS:                                    RACE: W       SEX: M
      ALIAS:                                      HT: 5'11" HAIR: BRO
    ADDRESS: 2155 #13A CO RD 388                  WT: 170   EYES: BRO
CITY/ST/ZIP: VALLEY, AL 36854             COMPLEX:
 HOME PHONE: 334-756-5612                     SSN: 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
        DOB: 11/27/1972  AGE:  28           DL ST: AL     DLN: 01234216
 PLCE BIRTH: LAGRANGE                          SID:
      STATE: GA                             LOCID: 12908
 GANG ASSOC:
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS:
NEXT OF KIN: MARGARET DENNIS              RELATIONSHIP: MOTHER
    ADDRESS: CO RD 500                           PHONE: 334-756-5612
CITY/ST/ZIP: VALLEY, AL 36854
    REMARKS:
---------------------------------------------------------------------------------
 HANDICAPPED:    NEEDS:
MEDICAL NEEDS:   NEEDS:
  PHYSICIAN:                    PHONE: 000-000-0000
    REMARKS:
---------------------------------------------------------------------------------
PROPERTY
       CASH:      $08.10
DESCRIPTION: $6.00 CURRENCY $2.10 CHANGE
ADD. PROPERTY: HAT,KNIFE HOLTER,BELT,2-SCREWS
ADD. PROPERTY: CUT OFF SHORTS
ADD. PROPERTY:
    REMARKS:
---------------------------------------------------------------------------------
  BOOK DATE: 04/25/2001  BOOK TIME: 20:10  BOOK TYPE: NORMAL

ARREST DATE: 00/00/0000           BOOKING OFFICER: MILNER
ARREST DEPT: LCSO                 CELL ASSIGNMENT: HC3
RRST OFFICER: JORDAN                    MEAL CODE: 01  LEE COUNTY
      HOLDS: N
     AGENCY:              REASON:
     AGENCY:              REASON:
     AGENCY:              REASON:
     AGENCY:              REASON:

      NOTES:
      NOTES:
      NOTES:
=================================================================================
 HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

NMATE: X _Edwin Dennis_        DATE: _____  TIME: _____

OOK OFFICER: _Milner_        DATE: 04/25/01  TIME: 2013
```

```
                          LEE COUNTY SHERIFF'S OFFICE
04/25/2001     20:25:10        INMATE CHARGE SHEET                    PAGE    2
===============================================================================
BOOKING NO: 010001701

INMATE NAME: DENNIS, EDWIN DEE II
------------------------------------------------------------------------------
NO  DESCRIPTION         CHARGE                BOND AMOUNT

01                      POSS PRECUSOR CHEMIC  5000.00
02                      POSS FIREARM          3000.00
03                      POSS CTRL SUB         3000.00
04
05
06
07
08
09
10

NOTES:
NOTES:
NOTES:
NOTES:
```

```
                         LEE COUNTY SHERIFF'S OFFICE
04/25/2001     20:25:10    MEDICAL SCREENING FORM              PAGE 1 OF 2
=========================================================================
Booking No: 010001701  Date: 04/25/2001  Time: 20:10  Type: NORMAL

Inmate Name: DENNIS, EDWIN DEE II                Race: W        Sex: M
     DOB: 11/27/1972  Age:  28                Height: 5'11"  Weight: 170
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

1. Is inmate unconscious?

2. Does inmate have any visible signs of trauma, illness, obvious pain and bleeding, requiring immediate emergency or doctor's care?

3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread through the facility?

4. Any signs of poor skin condition, vermin, rashes or needle marks?

5. Does inmate appear to be under the influence of drugs or alcohol?

6. Any visible signs of alcohol or drug withdrawal?

7. Does inmate's behavior suggest the risk of suicide or assault?

8. Is inmate carrying any medication?

9. Does the inmate have any physical deformities?

10. Does inmate appear to have psychiatric problems?

11. Do you have or have you ever had or has anyone in your family ever had any of the following?

N  a. Allergies        N  f. Fainting Spells      N  k. Seizures

Y  b. Arthritis           g. Hearing Condition    N  l. Tuberculosis

   c. Asthma              h. Hepatitis            Y  m. Ulcers

   d. Diabetes            i. High Blood Pressure  N  n. Venereal Disease

   e. Epilepsy            j. Psychiatric Disorder N  o. Other (Specify)

Other: (b) Arthritis in left shoulder _____

_____

_____

12. For females only:

      a. Are you pregnant?

      b. Do you take birth control pills?

      c. Have you recently delivered?

```
                              LEE COUNTY SHERIFF'S OFFICE
04/25/2001      20:25:10      MEDICAL SCREENING FORM              PAGE 2 OF 2
================================================================================
Booking No: 010001701  Date: 04/25/2001  Time: 20:10  Type: NORMAL

Inmate Name: DENNIS, EDWIN DEE II              Race:  W        Sex:  M
        DOB: 11/27/1972  Age:  28              Height: 5'11"  Weight: 170
--------------------------------------------------------------------------------
```

_N_   13.   Have you recently been hospitalized or treated by a doctor?

      14.   Do you currently take any non-prescription medication or medication
            prescribed by a doctor?

      15.   Are you allergic to any medication?

      16.   Do you have any handicaps or conditions that limit activity?

      17.   Have you ever attempted suicide or are you thinking about it now?

      18.   Do you regularly use alcohol or street drugs?

      19.   Do you have any problems when you stop drinking or using drugs?

      20.   Do you have a special diet prescribed by a physician?

      21.   Do you have any problems or pain with your teeth?

      22.   Do you have any other medical problems we should know about?

                 _____
                 _____
                 _____
                 _____
                 _____
                 _____
                 _____
                 _____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: _____     DATE: _____   TIME: _____

BOOK OFFICER: _____     DATE: 04/25/01    TIME: 2013

**DAILY BOOKING SHEET**
**LEE COUNTY JAIL**
OPELIKA, ALABAMA

Date 9-7-96

Time 1035

Social Security No. 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

I.D. NO. 12908

Photo N    FP N

Name Dennis    Edwin    Race W Sex M Age 23 Eyes Bro Hair Bro
     (Last)       (First)

Ht. 5'11"   Wt. 170   DOB 11-27-72   NCIC Check _____

Address Lot 27 Turner Trl Prk    Salem AL
        Street          Apt.      City    State  Zip

Made PX ___ Yes ___ No ___ Reason _____    S / M / T

Next of Kin Margaret Dennis    Relationship mother

Address Co Rd 500    Valley    756-5612
        Street    Apt.    City    State    Zip    Phone

CHARGE FTA    BOND ___    CHARGE _____    BOND ___
CHARGE (expired tag)    BOND ___    CHARGE _____    BOND ___
CHARGE _____    BOND ___    CHARGE _____    BOND ___

HOLDS: AGENCY _____    CHARGE _____    BOND ___
       AGENCY _____    CHARGE _____    BOND ___
       AGENCY _____    CHARGE _____    BOND ___

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION   YES ✓ NO ___

   a. IF SO, STATE YOUR PROBLEM(S) headaches often

2. ARE YOU PRESENTLY TAKING ANY MEDICATION   YES ___   NO ✓

   a. IF SO, WHAT KIND _____

3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE   YES ___   NO ✓   DOCTOR'S NAME: _____

   a. WHAT TREATMENT ARE YOU RECEIVING _____

4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION   YES ___   NO ✓

   a. IF SO, WHAT KIND _____

5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.)  YES ___   NO ✓  WHAT: _____

6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT   YES ___   NO ✓

   a. DOCTOR'S NAME _____    PHONE OR HOSPITAL: _____

7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS   YES ___   NO ✓

   a. WHAT ILLNESS _____

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh. 97 U.S. POSTAL SERVICE.

YES ___ NO ___    _____
                  Signature of Person Arrested

ARRESTING OFFICER(S) AST Barrow, T.L.

BOOKING OFFICER HGray

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE COUNTY SHERIFFS DEPARTMENT.

DATE OF RELEASE 9-11-96    _____
                           Signature of Person Released

TIME OF RELEASE 1100

TYPE OF RELEASE ORDER    R. Rossier
                        Signature of Release Officer

FORM: LCS-016 (8/95)

Left margin (vertical text):
D.J. — ALIAS
9-7-96 — Date of Arrest
Dee III — (MIDDLE)
Edwin — (FIRST)
Dennis — (LAST)

# LEE COUNTY SHERIFF'S DEPARTMENT
## INMATE PERSONAL PROPERTY RECEIPT AND RELEASE FORM
### Receipt
(Form #3)

| Name of Inmate: *Edwin Dennis* | | | | Inmate File #: |
|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ammunition | | Cigarettes | | ID Cards | | Necklace | Tie-Neck | CURRENCY $48.00 |
| Bag-Hand | | Clothing | | Jewelry | | Package | Tie-Tack/Clip | |
| Beer | | Coat | | Junk | | Papers | Tobacco | CHANGE $2.87 |
| Belt | 1 | Comb | 2 | Key(s) | | Pen-Pencil | Toilet Articles | |
| Billfold | | Drivers License | | Knife | | Purse - Coin | Tools | CHECKS $ |
| Boots/Shoes | | Ear Rings | | Liquor | | Purse - Lady | Watch | |
| Books | | Flashlight | | Lighter | | Purse - Man | Weapon | FOREIGN MONEY $ |
| Boxes | | Glasses | | Luggage | | Radio/TV | Whiskey | |
| Briefcase | | Gloves | | Medicine | | Razor | Wine | TOTAL $50.87 |
| Camera | | Groceries | | Money Clip | | Ring(s) | | |
| Candy | | Groc. in Ref. | | Musical Inst. | | Suitcase | | REMARKS: |
| Checkbook | | Hat - Cap | | Nail Clip | | Sweater | | |

Other items of property not classified above:  (include storage location if other than below)
1- opened book of matches
3- tickets

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE X *Edwin D Dennis Jr*

I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this ___
day of *Sept*_____, 19 *96*, at *1614* P .m.

SIGNATURE RECEIVING OFFICER *H B Gray*

Received all of the above listed property (minus any property previously released as indicated on this receipt)
on this *11* day of *SEPT.*_____, 19 *96*, at *1100* A .m.

PRISONER'S SIGNATURE (X) *Edwin Dennis*

Location of Property

*100*

**\*ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.**

### Release

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE OF OFFICER RELEASING ITEM(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# LEE COUNTY SHERIFF'S DEPARTMENT
## RECEIPT OF RULES AND REGULATIONS
### (FORM #7)

I, *Edwin Dennis*, have received Handbook number *139A* of the Lee County Sheriff's Department Rules and Regulations governing inmates. I understand that while in this institution I will abide by these Rules and Regulations.

Upon my release from this institution, I will return the Rules and Regulations Handbook. I also understand that I am responsible for a $2.00 replacement fee for loss or damages to the Handbook. If I fail to pay the fee, criminal charges will be filed against me for destruction of Lee County property.

☒ Inmate stated that he/she was able to read the Rules and Regulations.

☐ Inmate stated that he/she was not able to read the Rules and Regulations and I explained the orientation rules to him/her.

Years of School *9th*

X *Edin A Dennis Sr* _____          *PBGray* _____
Inmate Signature, Date & Time                                    Officer Signature, Date & Time

# RETURN OF RULES AND REGULATIONS
## FOR OFFICIAL USE ONLY

Please check statement that applies to released inmate:

☒ Rules and Regulations Handbook number _____ was returned upon inmate's release

☐ Rules and Regulations Handbook number _____ was damaged or loss upon inmate's release.
   ☐ $2.00 replacement fee was paid for damages.
   ☐ $2.00 replacement fee was paid for loss.
   ☐ $2.00 replacement fee was not paid by inmate.

Officer Comments: _____

_____

_____

_____                    _____
Inmate Signature, Date & Time                    Officer Signature, Date & Time

LEE COUNTY SHERIFF'S DEPARTMENT

RECEIPT OF PERSONAL PROPERTY BAGS


I, *Edwin Dennis* , HAVE RECEIVED A PROPERTY BAG FROM
THE LEE COUNTY SHERIFF'S DEPARTMENT AND UNDERSTAND THAT I AM RESPONSIBLE
FOR THIS ITEM.

UPON MY RELEASE FROM THIS INSTITUTION, I WILL RETURN THE PROPERTY BAG.
I ALSO UNDERSTAND THAT I'M RESPONSIBLE FOR A $5.00 REPLACEMENT FEE FOR
LOSS OR DAMAGES TO THE PROPERTY BAG. IF I FAIL TO PAY THE FEE, CRIMINAL
CHARGES WILL BE FILED AGAINST ME FOR DESTRUCTION OF LEE COUNTY PROPERTY.


_____          _____
INMATE SIGNATURE, DATE & TIME        OFFICER SIGNATURE, DATE & TIME


RETURN OF PERSONAL PROPERTY BAG

FOR OFFICIAL USE ONLY

PLEASE CHECK STATEMENT THAT APPLIES TO RELEASED INMATE:

___ PROPERTY BAG WAS RETURNED UPON INMATE'S RELEASE

___ PROPERTY BAG WAS DAMAGED OR LOSS UPON INMATE'S RELEASE

   ___ $5.00 REPLACEMENT FEE WAS PAID FOR DAMAGES

   ___ $5.00 REPLACEMENT FEE WAS PAID FOR LOSS

   ___ $5.00 REPLACEMENT FEE WAS NOT PAID BY INMATE


OFFICER COMMENTS:_____
_____
_____


_____          _____
INMATE SIGNATURE, DATE & TIME        OFFICER SIGNATURE, DATE & TIME

LEE COUNTY

SHERIFF'S DEPARTMENT

MEDICAL CHARGE ACKNOWLEDGEMENT FORM
INMATE CO-PAYMENT FOR MEDICAL SERVICE RENDERED

## POLICY

Sick call is conducted on a scheduled basis by a registered nurse and is available to all inmates. All inmates will be charged a fee for non-emergency treatment. Inmates will not be denied medical treatment for any reason.

## PROCEDURE

1. Costs for non-emergency treatment will be charged to the inmate as follows
   a) Sick Call visit    $10.00          b) Dentist visit        $10.00
   c) Doctor visit       $10.00          d) prescription fee     $ 3.00
   e) Follow-Up visit    NO CHARGE
   f) Non-Prescription Medication    $0.25 per each pill up to a $ 3.00 limi

2. At the conclusion of each sick-call visit, the nurse will complete a charge slip, the inmate will sign the slip and receive a copy.

3. The remaining medical charge forms are given to the booking officer on duty when sick call is completed.

4. The booking officer submits one(1) copy of the medical charge form to the commissary clerk for payment from the inmate account.

5. One (1) copy of the medical charge form is placed in the inmate's medical fi

6. Payment for medical treatments will be payable to the Lee County Commission.

I, _Edwin Dennis_____, state that I have read, or have had read to me, this form regarding the policies and procedures on inmate co-payments for medical services rendered. I state that I acknowledge and fully understand these same policies and procedures.

_____          _____
Inmate Signature, Date and Time            Officer Signature, Date and Time

**DAILY BOOKING SHEET**
**LEE COUNTY JAIL**
OPELIKA, ALABAMA

Social Security No. 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

Date 01/18/95

Time 1915 HRS

I.D. NO. 12908

Photo ✓    FP Yes

Name Dennis, Edwin Dee II    Race (W) Sex M Age 22 Eyes Bro Hair Bro
         (LAST)        (FIRST)

Ht. 5'11"  Wt. 165  DOB 11/22/22  NCIC Check Clear 1/18/95

Address 8484 Lee Rd 158, Salem, Al.
         STREET        APT.    CITY    STATE    ZIP

Made PX Yes ✓ No____ Reason____    S/M/T____

Next of Kin Margaret Dennis    Relationship Mother

Address Unknown Lee Co Rd 55, Valley Al    756-5612
         STREET    APT.    CITY    STATE    ZIP    Phone

CHARGE FTA (Exp. Tag) BOND $500.00  CHARGE____ BOND____
CHARGE____ BOND____ CHARGE____ BOND____
CHARGE____ BOND____ CHARGE____ BOND____

HOLDS:
AGENCY____ CHARGE____ BOND____
AGENCY____ CHARGE____ BOND____
AGENCY____ CHARGE____ BOND____

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION  YES____ NO ✓
   a. IF SO, STATE YOUR PROBLEM(S)____

2. ARE YOU PRESENTLY TAKING ANY MEDICATION  YES____ NO ✓
   a. IF SO, WHAT KIND____

3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE  YES____ NO ✓  DOCTOR'S NAME:____
   a. WHAT TREATMENT ARE YOU RECEIVING____

4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION  YES____ NO ✓
   a. IF SO, WHAT KIND____

5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.)  YES____ NO ✓  WHAT:____

6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT  YES____ NO ✓
   a. DOCTOR'S NAME:____  PHONE OR HOSPITAL:____

7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS  YES____ NO ✓
   a. WHAT ILLNESS____

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh.97 U.S. POSTAL SERVICE.

YES ✓ NO____

Signature of Person Arrested

ARRESTING OFFICER(S) Summers, AST
BOOKING OFFICER B Seabrook 4309

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE CO. SHERIFFS DEPT.

DATE OF RELEASE 01/18/95

TIME OF RELEASE 1945

x _____
Signature of Person Released

*(left margin, vertical):* ALIAS    Date of Arrest 1/18/95    (MIDDLE) Edwin Dee II    (FIRST) Edwin Dee II    (LAST) Dennis

**DAILY BOOKING SHEET
LEE COUNTY JAIL
OPELIKA, ALABAMA**

Social Security No. _253/61/3351_

I.D. NO. _12908_

Date _08/16/94_

Time _100_

Photo _____ FP _____

Name _Dennis II   Edwin Dee_   Race _W_ Sex _M_ Age _21_ Eyes _BRO_ Hair _BRO_
        (LAST)            (FIRST)

Ht. _511_  Wt. _165_  DOB _11/27/72_  NCIC Check _____

Address _8484 Lee Road 158 Opelika, Al_ (205) 756-3612
        STREET          APT.   CITY              STATE    ZIP

Made PX _X_ Yes ___ No _Y_  Reason _____  S/M/T _Right Eye Dog Dus Bite on right side of face_

Next of Kin _Margaret Dennis_   Relationship _mother_

Address _Unk  Opelika  Al  36801_
        STREET       APT.  CITY   STATE   ZIP   Phone _0_

CHARGE _60 Days_ ___ BOND _____ CHARGE _C. Personal Mark 16 III_ BOND_____
CHARGE _____ BOND _____ CHARGE _____ BOND_____
CHARGE _____ BOND _____ CHARGE _____ BOND_____

HOLDS:
AGENCY _____ CHARGE _____ BOND_____
AGENCY _____ CHARGE _____ BOND_____
AGENCY _____ CHARGE _____ BOND_____

1. ARE YOU PRESENTLY IN NEED OF ANY IMMEDIATE MEDICAL ATTENTION YES_____ NO _✓_
   a. IF SO, STATE YOUR PROBLEM(S) _____

2. ARE YOU PRESENTLY TAKING ANY MEDICATION YES_____ NO _✓_
   a. IF SO, WHAT KIND _____

3. ARE YOU PRESENTLY UNDER A DOCTOR'S CARE YES_____ NO _✓_ DOCTOR'S NAME: _____
   a. WHAT TREATMENT ARE YOU RECEIVING _____

4. ARE YOU ALLERGIC TO ANY KIND OF MEDICATION YES_____ NO _✓_
   a. IF SO, WHAT KIND _____

5. DO YOU HAVE ANY FALSE LIMBS (TEETH, EYES, ETC.) YES_____ NO _✓_ WHAT: _____

6. ARE YOU PRESENTLY RECEIVING ANY PSYCHIATRIC TREATMENT YES_____ NO _✓_
   a. DOCTOR'S NAME: _____ PHONE OR HOSPITAL: _____

7. ARE YOU SUFFERING FROM ANY TYPE OF ILLNESS YES_____ NO _✓_
   a. WHAT ILLNESS _____

I AUTHORIZE THE LEE COUNTY SHERIFFS DEPT. TO INSPECT ANY INCOMING OR OUTGOING MAIL ADDRESSED TO OR FROM ME IN ACCORDANCE WITH DMM115.95 pgh.97 U.S. POSTAL SERVICE.

YES _X_ NO _____

X _Edwin D Dennis II_
Signature of Person Arrested

ARRESTING OFFICER(S) _Finn Cant_

BOOKING OFFICER _S Dicdell_

I HAVE RECEIVED ALL PROPERTIES TAKEN FROM ME BY THE LEE CO. SHERIFFS DEPT.

DATE OF RELEASE _10/21/94_

TIME OF RELEASE _710 PM_

Signature of Person Released

_Randell_

ALIAS   Date of Arrest _8/16/94_   (MIDDLE) _Dee_   (FIRST) _Edwin_   (LAST) _Dennis, II_

# LEE COUNTY JAIL
## OPELIKA, ALABAMA

## INMATE PERSONAL PROPERTY FORM

| INMATE'S PERSONAL PROPERTY RECEIPT | NAME OF INMATE _Dennis H. Edwin_ | INMATE'S FILE NO. _12908_ |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Ammunition ✓ | Cigarettes | ID Cards | Necklace | Tie - Neck |
| Bag - Hand | Clothing | Jewelry | Package | Tie-Tack/Clip |
| Beer | Coat | Junk | Papers | Tobacco |
| Belt | Comb | Key(s) | Pen-Pencil | Toilet Articles |
| Billfold | Drivers License | Knife | Purse - Coin | Tools |
| Boots / Shoes | Ear Rings | Liquor | Purse - Lady | Watch |
| Books | Flashlight | Lighter ✓ | Purse - Man | Weapon |
| Boxes | Glasses | Luggage | Radio / TV | Whiskey |
| Brief Case | Gloves | Medicine | Razor | Wine |
| Camera | Groceries | Money Clip | Ring(s) | |
| Candy | Groc. in Ref. | Musical Instr. | Suitcase | |
| Check Book | Hat - Cap | Nail Clip | Sweater | |

| | |
|---|---|
| CURRENCY | $ 0 |
| CHANGE | $ |
| CHECKS | $ |
| FOREIGN MONEY | $ |
| TOTAL | $ |

*REMARKS:*

Other items of Property Not Classified Above: (include storage location if other than below)

ALL PROPERTY LEFT OVER 30 DAYS AFTER RELEASE WILL BE DISPOSED OF.

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

PRISONER'S SIGNATURE X _Edwin H Dennis_
I hereby acknowledge the receipt of the above arrested individual and his/her itemized property on this **16** day of _August_ 19 _94_, at _1.10_ ☐ AM ☒ PM.

SIGNATURE OF RECEIVING OFFICER _Dowder1_

Received all of the above listed property (minus any property previously released as indicated on this receipt) on this **20** day of _October_ 19 _94_, at _700_ ☐ AM ☒ PM.
PRISONER'S SIGNATURE X _Edwin Dennis_

Signature

LOCATION OF PROPERTY _89_

### RELEASED ITEMS RECORD

| DATE | ITEM(S) RELEASED | SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON RECEIVING ITEM(S) | SIGNATURE OF OFFICER RELEASING ITEM(S) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

```
   07/13/94           LEE COUNTY SHERIFF DEPARTMENT              Page:    1
 : 17:54:33              Release Report           (c) 1989 Syntax, Inc
    ---------------------------------------------------------------------

  l: HC 2      Booked: 07/09/94 09:20:11 by D15      Agency: 0007
 cal Id: 00012908  Log num: 94-002774  Sta:              Fed:
 ase num: 094004188

Name: DENNIS, II, EDWIN DEE                    Sex: M DOB: 11/27/72
Drv Lic:                     AL              Rac: W Eth:    Age:   21
Addrs:     8484 LEE ROAD 158 OPELIKA AL 36801
                                                           Mar: M
Phone 1: (205) 756-5612 Ext          Phone 2: (205)          Ext
SSN: 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 Complx: LT R Bld: MED  Hgt: 511 Wgt: 165 Hair: BRO Eyes: BRO
Auto:                                Impound?:  Loc:
Scars/Marks/Tattoos:  TATTOO RIGHT FOREARM, DOG BITE RIGHT SIDE OF FACE
JUST BELOW EYE. 1 INCH.


Cell check:   State check:
Total bond:          0.00 Bond type: BAIL Receipt #:
Comment: A BONDING CO

Holds:        By Order of:



Sentence Dy/Hr   :      Pre-trial Dy/Hr  :      Other Dy/Hr      :
Trustee Dy/Hr    :      Good Behv. Dy/Hr :      Time Served Dy/Hr:
Total Dy/Hr      :
Comments: FILES ARE DOWN FOR NCIC CHECK DUE TO WEATHER CONDITION
HOLD LIFTED FOR HARRIS CO GA PER CHRISTIE WEBB


Charges:
Arrest Code: 1314       /ASSAULT 3RD DEGREE        Arrest Type: O
War/Cit No.:            War/Cit Type: C  Agency: 0007  Dom. Viol.: Y
Bill Units:    4 Agency: 0007  Case No.:
Sentence:
Bailable?: Y  Bail:$    1,000.00       Receipt No.:
Start Date:        Time:           Expire Date:        Time:
Released to:              by D15   Condition:

Arrest Code: 4801       /RESISTING ARREST          Arrest Type: O
War/Cit No.:            War/Cit Type: C  Agency: 0007  Dom. Viol.: N
Bill Units:    4 Agency: 0007  Case No.:
Sentence:
Bailable?: Y  Bail:$    1,000.00       Receipt No.:
Start Date:        Time:           Expire Date:        Time:
Released to:              by D15   Condition:
```

```
Date: 07/13/94          LEE COUNTY SHERIFF DEPARTMENT          Page:    2
Time: 17:54:42               Release Report          (c) 1989 Syntax, Inc
----------------------------------------------------------------------------

                                                  Bail:$     2,000.00


Sentence:
Starts:                  Good behave:          Time served:
Expires:                 Disp:

Total  sentence: 07/09/94 09:20:11         Release: 07/13/94 17:52:10
```

Inmate: _(signature)_

B Seaborn

A-Bonding Co.