page 1 of 18

IN THE UNITED STATES District Court
For THE middle-District of AlaBama

EDWIN D. DENNIS, JR., )
        Plaintiff              )
                               )
V.                             ) Civil action No. 3:05 CU-919-T
   TOMMY THREAT, et al )
        Defendant              )
                               )
                               )

Plaintiff's Answer to Defendants Special Report

    Come Now Edwin Dennis, Plaintiff in the
above styled cause, and submit his answer to
the defendants special report.

                I N T R O D U C T I O N

On 12/16/2005   Defendants filed a
special report to Plaintiff's allegations
against them. On or about the 18th of
same month ~~defend~~ Plaintiff recieved by
mail above mentioned special report from
Defendants lawyers. On 1/6/2006 the court
orderd plaintiff to answer defendants
special report and dislaimers.

    Plaintiff is in custody of the Lee
county justice center as of Feb 22nd 2005.
He was arrested for non violent offences

of manufacturing and trafficing meth-
amphetamines. He was placed in F-4
of the facility pending trial. Defendents
deny the allegations plaintiff has filed
on and plaintiff states that while
he has not been a model prisoner
he is still entitled rights other inmates
are intitled to. Plaintiff also states that
Defendents special report is fill'd with
non truths and questionable evidence offered
as proof to the court. Plaintiff also observes
that defendents hide behind immunity amendments
and reform acts that the plaintiff is
unable to study and therefor answer due
to the limited access to law library materials
and the certain fact that the Books required
to study and answer properly or not
present in said law library. Plaintiff will due
his best to follow the courts order
to answer the detfendents special report.

        Answer To Defendents Special report -
I. Facts - A. Failure to protect claim.

        Defendents attent to discredit plaintiff
as a violent and troublesome inmate. They
claim that I assaulted Randy Templeton
on July 23rd 2005. Said assault happened

on July 14th 2005 as shown in Exhibit E - Inmate File; Documents - Regarding assault on July 23, 2005. The Lee county sheriff department special report on the subject clearly gives the date. The 7-23-05 date is the date in wich the disiplinary was re-written in order to justify punishment that should have been put aside due to the extended period of time between incident and action.

Plaintiff also states that if the officers were inforcing Standard operating proceedure and not hurying along sick call the incident would not have happened. F-wing is deaided into six different cells. S.O.P Is for each cell to be taken to whatever event is under way seprately there for inscuring Inmates do not mingle with Inmates in other cells who are potentialy enemies. This Process, ~~proceedure~~ common with most jail facilitys is routeenly not observed at the lee canty detention facility. During Said incadent Inmates from every cell on F-wing were pulled out and taken to the nurse call. The Plaintiff and Cecil Templeton have a case together and were not suppose to be around each other. The incadent stemd from failure

to comply with correct proceedures by the officers.

Defendants also claim that plaintiff was moved from F-wing to E-wing to where State Inmates are also violent Inmates were housed to seperate him from Inmate Templeton and later also to avoid a fight is false. As before said F-wing is divided into Six different and seperate cells. Plaintiff should have been moved to another cell on F-wing. In fact, Plaintiff did not have to be moved at all because of the Templeton incident. Plaintiff was already housed seperately. It was due to lack of disipline on the officers part the incident happened at all. Defendants Claim that plaintiff assaulted another Inmate the day after he was released from Segregation is false and deliberatly made false to incure a violent nature to plaintiff. Plaintiff was put in segregation on the 14th of July 2005, on the day of incident with templeton (see Exibit E - Sheriff Department Special report - subject - Assault on I/m Templeton of Defendants special report) Plaintiff was released from segregation on the 18th of july 2005 and placed in the cell with convicted

State inmates and Inmates with violent Cases. Six days later on the 23rd of july 2005 plaintiff was served with a disiplinary for incident with templeton. On July 24th 2005 the plaintiff was to ingage in a fight with another Inmate. ~~On July 24th the~~ On 23/Jul,/2005 officer Tommy Threat inform'd Inmate Teddy Houston that Edwin Dennis and Several other inmates had written Several Request forms on him exsplaining that he had been causing problems and that they wanted Inmate Houston moved to avoid trouble. (see Exhibit A, Affidvit of Edwin Dennis, - Exhibit B, Affidvit of Jeffrey Smith - Exhibit C, Affidvit of Johnathan Revells).

Teddy Houston imediatly began cursing Inmate Dennis after officer Threat left. (See Exhibits A-B-C). The next morning after the doors were opened and breakfast serv'd Inmate Houston again went to cursing the other inmates while talking to officer Aaron. Inmate houston had allready stated the night before he was going to assualt someone when the doors were opened. ~~This~~ is while talking to Aaron inmate indicated that Inmate Dennis was

the main one. Inmate Dennis ingaged
the inmate after Aaron stated that
"You need to do what ever you need to
do. Just do it when I'm gone." During the
fight that insued the plaintiff was
injured.

Plaintiff has tried to file greivance
forms but has been unable to get one.
It has been explained that Lee County
does not have greivance forms. Only
request forms. Plaintiff requested an audience
with Mjr Tarbert and or with Lt Welch.
He also write Several request forms
Complaining about various things and
also asking for the address to the Alabama
Board of adjustments. Seemingly They did
not recieve the request or refused to
answer. Hence plaintiff can not write to
the Alabama Board of adjustments.

Answer to Defendants Special Report
I. Facts - B. Medical Claims

Defendants argue that inmates are
given prompt medical attention. They argue
that he was treated for the trauma to
his mouth and teeth.
On the 24th of july 2005 in the

a.m. Mr. Dennis was involved in a fight with Inmate Teddy houston. During the fight his back wisdom was knock loose from the mandible. For eight hours he tried to go see the nurse but was told by officer Crittean that she was not present at the facility. About 4:00 P.M. Inmate Dennis was taken to disiplinary court concerning fight with Inmate Templetone Sgt Tabb was ask by plaintiff if he could see the nurse because of his tooth and the Sgt said yes. Sgt Tabb also noted the swelling to the jaw of plaintiff.

while at the nurse station nurse Burke said that yes the jaw was swollen but she was not able to do anything for it. Inmate Dennis was placed on the Doctors list for the following week. During the 14 days between the needent and the doctors visit Inmate Dennis was given nothing for pain even though he could not spit or swallow. The Doctor had x rays taken because he thought the jaw could be broken. He also pescribed pain medication for pain.

During the x ray process the attendent informed Inmate Dennis that the machine brought to the jail offered

P 8 of 18

a very limited view and that he might have to be taken to the hospital where more advanced machines could be used. She said only the Dr. could order these though. The X ray report in Exhibit I of the special report clearly states that only a limited view was available. Inmate Dennis continued to complain that he was in pain and could not chew. Finally, two weeks later on 8/12/05 Dennis was taken to the Dentist. During his visit Dr. N.E Botta took another x ray of Dennis's #32 wisdom toothe and informed Dennis that the toothe was broke away from the mandible and that the bone of the mandible was splintered around the toothe sight. He then surgically extracted the toothe. (see Exhibit m of Defendents special report). On Sept 8th 2005 the plaintiff slipped on a standing puddle of water coming out of the shower. He hurt his shoulder. He asked several officers to take him to see the nurse and was told to fill out a request form. On the 9th he was taken to see nurse Burke. He informed

9 of 18

shoulder and his inability to lay down because of the injury to his shoulder. She put him on the Doctors list but refused to give him any form of pain reliever. On the 13th of Sept 2005 Inmate Dennis saw the Doctor and was prescribed pain medication. Also prescribed muscle relaxers.

Lee county often lets inmates suffer days and sometimes weeks at a time before addressing there medical needs. They are indifferent to inmates pain. Often when asked for medical assistance staff says since your not dying you can wait. If an inmate persist to ask for medical treatment immediatly they are placed into solitary confinement so that other inmates dont get upset about the denial of prompt medical treatment. In part I.C. of defendants special report Defendants claim that the shoulder injury was aquired during another time having nothing to do with lack of floor matt or shower but said incident pertained to the right shoulder. It was the left shoulder injured in shower. (SEE Exhibit D-Alfa of George Worthington.)

Plaintiffs answer to Defendants special Report part 1.c conditions of confinement.

Defendants states that shower matts are provided to inmates. Shower matts were not placed in cells so that inmates could use them until the 12th of sept. 2005. 4 days after Plaintiff fell in front of shower. Defendants also claim that shoulder had previously been diagnosed with arthritis and had been treated for another injury during wrestling with another Inmate. This is false. The Plaintiff (Right) shoulder has arthritis and was injured while wrestling. Plaintiff's (left) shoulder was injured in the fall in the shower.

Plaintiff would also note to court that the Defendants have repeatedly tried to confuse the court with half truths and lies.

Plaintiff answer to Defendants specail Report part 1.D Access to courts claim.

Plaintiff recieved mail from The middle district court that had been opened. It was the Civil suit 83 forms. Plaintiff told C/o Pontellis about

11 of 18

the open mail and pantellis informed
Sgt. Parquett who said he would
investigate the matter. He later stated
that he had turned the investigation
to Mjr Torbert who was looking
into the situation. The mail that
was opened contained a civil suit
packet sent by the middle district
court of Alabama. Everything but the
first page which was the instructions
was removed.

        Plaintiff's answer to Defendents
special report part I.E - Plaintiffs
non compliance with the grievance
procedures of the Lee county jail.
        Defendents state inmates are
given greivance forms to submitt
to staff and that each one is
acted on. This is a Bold lie.
There are no greivance forms at
lee county jail. That is what Staff
tells the inmates. See ~~Affidavit~~ Exhibit E
Affidavit of Inmates. Only request forms
are given out and request forms that
Inmates transform into greivance forms
are never returned answer'd. Nor are
they act'd upon. Several inmates have

12 of 18

asked for grievance forms and only
recieved Inmate request forms (see Exhibit
E)

Plaintiff's answer to Defendants
special report part II.A Law. - A. Claims
by Plaintiff against defendants in their official
capacities must fail based on eleventh
Amendment immunity and because they are
not "persons" under 42 U.S.C § 1983.
Defendants are offered Imunity
under there offical capacities because
they are not "persons". Plaintiff states
that Defendants are liable or should
be because they failed to act according
to S.O.P of the offical capacitys.
Neglecting to take necessary measures
to insure Inmate safety and prompt
medical needs. Defendants abuse
the Eleventh ~~Immunity~~ amendment imunity
and hide behind the If someone is
not held accountable for his actions
who is responsible. Defendants were
neglegent in the offical capacities
and should therefor be held accountable.
Plaintiffs answers to Defendants
special report part II.B.1 - Plaintiff has
failed to exhaust all administrative
remedies and comply with the Prison litigation

reform act.

Defendants claim plaintiff did not file greivance forms for Lee county jail or the Alabama Board of adjustment. Plaintiff is unable to file such greivance forms due to Lee countyies lack of greivance forms. Also plaintiff has written several request forms asking for the address to the board of adjustments. Lee county jail has refused the plaintiff the address and no grievance forms are available in the Lee county jail. Furthermore Request forms submitted as grievance forms are never returned answered at all. Subsequently Lee county jail is directly responsible for plaintiffs inability to exhaust Administrative remedies.

Plaintiffs answer to defendants special report — part II. B. 2

Plaintiff has shown physical injuries that are greater than de minimis and therefor claim should stand.

Plaintiff answer to Defendants special report part II. C

Defendants clearly crossed certain

Page 14 of 18

constitutional rights when they failed to move a troublesome inmate whom several inmates had signed request forms addressing the situation (see Exibits A.B.C) with Teddy houston. Then antagonizing mr. Houston by informing him of the actions of the other inmates. Furthermore when Edwin Dennis was hurt during the fight with Houston that never should have happened had Houston been moved they failed to give Dennis prompt medical relief or attention. While the proper constitutional law is not listed here due to the lack of access to law material it should not be dismissed. Defendants clearly intend Dennis to not be able to follow through with legal arguments by keeping him ignorent of the law.

Plaintiff's Answer to defendants specail report part II.C.1
Plaintiff has shown that during his incarceration he was put at substantial risk for harm by being place with convicted and violent criminals unessasscryly.

Page 15 of 18

Plaintiffs answer to Defendants special
report part II. C. 2
    Plaintiff has shown
a serious time delay between the
time of his injuries and the
limited medical attention given to him.
    The defendants own Exibit I and J. and K-L
Clearly show the defendants request
for medical attention and the extended
length of time he was made to
suffer before his tooth wich has been
broken away from the bone was finally
attended to by a dentist.
    Then again with Exhibit N-O when
the plaintiff suffered an injury to
his Left shoulder. Also plaintiff would
note the The nurse Debby Burk has
been fired from her job for
not sufficiantly doing her duties.


            Plaintiffs answer to Defendents
special report part II. C. 3
    Plaintiff has clearly shown
that he has suffered from actionable
harm that could have been avoided by
the defendants and that defendants
do intend to stymic his attempts
to bring it before the courts by

delibratly hendering his law research
with the inadeguacy of the law
library and also refusal to accoomidate
him with the use of a copy machine
of even copy paper. The copy paper
in use was "smuggled" in to the
plaintiff.

Plaintiff answer to Defendants specail
report Part II. C. 4
Plaitiff has show that Defendents
were not only Indifferant to the
fact that the Plaintiff and other
Inmates had issues with Teddy Houston
but did in fact instigate the conflict
to such a point as Plaintiff was
ingaged in a fight and was injured. Further
more they neglected to properly address
his medical needs in a timely ~~condition~~
manner causing him to suffer unessasarly
for weeks.

Plaintiff Answer to Defendants
specail report Part II. D.
Plaintiff has ~~shown~~ ~~that~~ the defendents
actions wich pertain to his injuries. (see
Exhibit A)

Plaintiffs Answer to Defendants
Specail report Part II. D. 1
Plaintiff has ~~also~~ Sworn on

17 of 18

Affidavit out (see exhibit A) as to the personel involvement of each individual defendants Also has submitted Affidavits given by other inmates present during the incidents in question.

Plaintiffs answer to Defendants Special report Part II D. 2
   Plaintiff affidavit clearly states Debby Burkes involument and the Defendants Exhibits I-0 show Norse Burkes lack of medical attention to Plaintiff request of medical assistance.
   Plaintiff's answer to Defendants special report Part II F.
   Plaintiff has presented evidence from disinterested wittnesses as well as other physical evidence.

Conclusion
   Defendants clearly have neglected to adequately supply with requested attention to safety as well as medical needs.
   Also Defendants have attempted to camaflooy certain facts by not giving attention to requests forms or greivance forms handed to staff. And Also that anything labeled "Greivance form" is

18 of 18

"misplaced" or thrown away as
a possible means to discredit
knowledge of incidents with violate
Constitutoinal rights as wells as
federal and state laws.

Motion for court to take
action.
    Plaintiff respectfully and
humbly ask the court to take
action against Defendents and bring
this case before the court.
    Respectfully Submitted this 29th
day of January 2006


                    Edwin Dec Danis
                    P.O. Box 2407
                    Opelika Ah. 36801


Motion for court to appoint
Legal council to plaintiff.
    Plaintiff respectfully ask to
appoint him some type of legal
assistance as he is woefully inadequate
to the task and is at deferate disadvantage.
                    Edwin D Dannis
                    P.O. Box 2407
                    Opelika AL. 36801

# Certificate of Oath

I Edwin D Dennis do here by swear that all prior material is accurate to my understanding. Notary Rep Public is unavailable to me and this is my true Oath.

Edwin D Dennis.
EDWIN DENNIS

# Certificate of Service.

I hereby certify that on the 30th of January 2006 I sent by United States mail a true and correct copy of the forgoing to.———→

Edwin D Dennis

Amanda Kay morgan
Attorneys for Defendants
WeBB $ ELEY, P.C.
7475 Halcyon Pointe Drive (3611?)
Post office Box 240909
Mongomery AL 36124