EXIBIT B

Statement of Jeffry walter Smith

# STATEMENT OF

## Walter J. Smith

I WAlter Smith Am witness to these alligations. There where three or four request forms wrote about An Inmate causing problems in or cell. There was nothing done about it. Sgt. Threat came down and said that the request where being writing on the Inmate. And he was not going to move anyone. The results of it was Edwin Dennis and Teddy Houston getting into a fight. They put Mr. Dennis in lockup and did nothing to Mr Houston. Thats what I know about the Incident.

NOV 30  2005

WAlter J. Smith

*Walter J. Smith*