EXHIBIT C

~~Aff~~ Statement of Johnathan Revells

Statement of Johnathan Revells

I Johnathan Revells am witness to these alligations. There where three or four request forms wrote about an Inmate causing problems in or cell. There was nothing done about it. Sgt. Threat came down and said that the request where being wrote on the Inmate. And he was not going to move anyone. The results of it was Edwin Dennis And Teddy Houston getting into a fight. They put Mr. Dennis in lockup and did nothing to Mr. Houston. Thats what I know about the Incident.

Nov 30 2005

Johnathan Revells
Johnathan Revells