IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| EDWIN DEE DENNIS, JR. | * |
| Plaintiff, | * |
| v. | *      3:05-CV-919-MHT |
| TOMMY THREAT, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to Strike (Doc. No. 16), and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

DONE, this 7th day of March, 2006.


/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE