IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWIN D. DENNIS, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:05-CV-919-T |
| | ) |
| TOMMY THREAT, et al., | ) |
| | ) |
|     Defendants. | ) |

### MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Tommy Threat, Corey Welch, Timothy Parquett, and Debbie Burke, the Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants Tommy Threat, Corey Welch, Timothy Parquett, and Debbie Burke contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Tommy Threat, Corey Welch, Timothy Parquett, and Debbie Burke.

Respectfully submitted this 4th day of January, 2007.

                                          s/Amanda Kay Morgan
                                          AMANDA KAY MORGAN Bar No. ALL079
                                          Attorney for Defendants
                                          WEBB & ELEY, P.C.
                                          7475 Halcyon Pointe Drive
                                          Post Office Box 240909
                                          Montgomery, Alabama 36124
                                          Telephone: (334) 262-1850
                                          Fax: (334) 262-1889
                                          E-mail: amorgan@webbeley.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

      Edwin Dee Dennis, Jr.
      AIS# 210963
      Lee County Detention Center
      PO Box 2407
      Opelika, AL 36801

                       **s/Amanda Kay Morgan**
                       OF COUNSEL