## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWIN D. DENNIS, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  3:05-CV-919-T |
| | ) |
| TOMMY THREAT, et al., | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF APPEARANCE

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Tommy Threat, Corey Welch, Timothy Parquett, and Debbie Burke, Defendants in the above-captioned matter.

Respectfully submitted this 4th day of January, 2007.

                                               **s/Ashley Hawkins Freeman**
                                               ASHLEY HAWKINS FREEMAN Bar No.  FRE044
                                               Attorney for Defendants
                                               WEBB & ELEY, P.C.
                                               7475 Halcyon Pointe Drive
                                               Post Office Box 240909
                                               Montgomery, Alabama  36124
                                               Telephone:  (334) 262-1850
                                               Fax:  (334) 262-1889
                                               E-mail:  afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 4th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

                Edwin Dee Dennis, Jr.
                AIS# 210963
                Lee County Detention Center
                PO Box 2407
                Opelika, AL 36801

                                    **s/Ashley Hawkins Freeman**
                                    OF COUNSEL