IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| EDWIN DEE DENNIS, JR. | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-919-MHT |
| TOMMY THREAT, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Counsel for Defendants Tommy Threat, Lt. Welch, Sgt. Parkett, and Debbie Burt has filed a Motion to Withdraw. (Doc. No. 18.) Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the named defendants on January 4, 2007 (Doc. No. 19), it is

ORDERED that the Motion to Withdraw (Doc. No. 18) be and is hereby GRANTED.

DONE, this 5th day of January 2007.

                                                    /s/Susan Russ Walker
                                                  SUSAN RUSS WALKER
                                                  UNITED STATES MAGISTRATE JUDGE