IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **EDWIN D. DENNIS, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.  3:05-CV-919-T |
| | ) |
| **TOMMY THREAT, et al.,** | ) |
| | ) |
| Defendants. | |

**DEFENDANTS' RESPONSE TO COURT'S ORDER REGARDING GRIEVANCES**

COME NOW Tommy Threat, Corey Welch, Timothy Parquett, and Debbie Burke, Defendants in the above-styled cause, and submit this response to the Court's July 27, 2007 order.

1.   Plaintiff has failed to submit any grievance concerning the allegations of his Complaint at any time during his incarceration at the Lee County Detention Center. (See Second Supplemental Affidavit of Corey Welch ¶ 5.)  Specifically, Plaintiff failed to submit any grievance concerning his claims that Defendants failed to protect him, that he did not receive adequate medical care and that he was denied access to the courts during the time period from July 27, 2007 until August 6, 2007.  (See Second Supplemental Affidavit of Corey Welch ¶ 4.) On August 2, 2007, Plaintiff submitted an Inmate Request Form requesting to be placed on work release.  (See Second Supplemental Affidavit of Corey Welch ¶ 4; Exhibit A to Second Supplemental Affidavit of Corey Welch.)

1

2. As Plaintiff has failed to take the opportunity offered by the Court to file a grievance, Defendants renew their request that this Honorable Court treat their Special Report as a Motion for Summary Judgment, and grant unto them the same.

Respectfully submitted this 22nd day of August, 2007.

    s/Ashley Hawkins Freeman
ASHLEY HAWKINS FREEMAN Bar No. FRE044
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of August, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Edwin Dee Dennis, Jr.
AIS# 210963
Lee County Detention Center
PO Box 2407
Opelika, AL 36801

    s/Ashley Hawkins Freeman
    OF COUNSEL