IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWIN D. DENNIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-CV-919-T |
| ) | |
| COREY WELCH, et.al ) | |
| ) | |
| Defendant. ) | |

### SECOND SUPPLEMENTAL AFFIDAVIT OF COREY WELCH

STATE OF ALABAMA      )
                                         )
COUNTY OF LEE           )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared COREY WELCH, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Corey Welch. I am over the age of nineteen and competent to execute this affidavit.

2. I am employed by the Lee County Sheriff's Office and assigned to serve as a corrections officer at the Lee County Detention Center. I have worked as a correctional officer for over ten years, having obtained the rank of Lieutenant in November 2004. I am both a graduate of the Police Academy and the Alabama Jail Management School.

3. I am familiar with the Plaintiff, Edwin Dee Dennis, due to his incarceration in the Lee County Detention Facility.

5. At no time has Plaintiff submitted any grievance concerning the allegations of his Complaint.

6. I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Corey Welch

SWORN TO and SUBSCRIBED before me this 22 day of August, 2007.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES FEB. 5, 2011

# Exhibit A

# INMATE REQUEST SLIP

Name: Elvin Davis  Date: Aug 2nd  Location: July 2nd

- [ ] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [ ] Other

**Briefly Outline Your Request. Give To Jailer**

I will — please consider to be for work release or at least some of the madness or to find the been locked up in this jail for 2½ years and really need to see some son and really need to make some money to pay my lawyer to file an early release motion. Inmate Davis was placed on work release and is at Trustee.

**Do Not Write Below This Line - For Reply Only**

J.A. Covington
8-10-07
E-10-07

Approved _____  Denied _____  Collect Call _____

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (8/99)