IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDWIN DEE DENNIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05cv919-MHT |
| ) | |
| TOMMY THREAT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 28, 2007 (Doc. # 23), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendants' motion for summary judgment (Doc. # 9) is GRANTED to the extent that defendants seek dismissal of this case for Dennis' failure to exhaust available administrative remedies; and

2. This case is DISMISSED in accordance with the provisions of 42 U.S.C. § 1997e(a) for Dennis' failure to exhaust available administrative remedies.

DONE, this the 18th day of September, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE